**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   L.A. Daily Journal
   915 E. First St.
   Los Angeles, CA 90012
   ATTN: Legal Ad Dept.

2. Article Number

   7001 1140 0001 8579 6844

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): EFREN CUEVA
C. Date of Delivery: 03-20-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

RECEIVED 2006 MAR 23 P 12: 15
UNITED STATES
MARSHAL
MIDDLE ALABAMA

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

543190

102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See instructions for "Service of Process by U.S. Marshal"



| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06CV116-MEF |
|---|---|
| DEFENDANT<br>Five Hundred Forty-Three Thousand One Hundred Ninety Dollars ($543,190.00) in U.S. C... | TYPE OF PROCESS<br>NOTICE |

RECEIVED 2006 FEB 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
~~THE ORANGE COUNTY REGISTER~~   L.A. Daily Journal Corp.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
~~625 N. GRAND AVE; SANTA ANA 92701~~   915 1st St. Los Angeles, CA 90012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

*CATS 05-DEA-456576      213-229-5531
~~*877-469-7344~~
PUBLISH ONCE A WEEK FOR THREE CONSECUTIVE WEEKS

RECEIVED 2006 FEB 28 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF   [ ] DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 02/00/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk  K. Chavers | Date 3/6/06 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

RETURNED AND FILED
APR - 6 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 4/5/06   Time: 1:00 [X] pm

Signature of U.S. Marshal or Deputy  K. Chavers

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | |

REMARKS: 3/13/06 c.m. # 7001 1140 0001 8579 6844
Published 3/16, 3/23, 3/30/06
4/5/06 Paid invoice

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

en required)
RECORDING REQUESTED BY AND MAIL TO:

**LOS ANGELES DAILY JOURNAL**
~ SINCE 1888 ~

915 E FIRST ST, LOS ANGELES, CA 90012
Mailing Address: P.O. Box 54026, Los Angeles, California 90054-0026
Telephone (213) 229-5300 / Fax (213) 680-3682

This space for filing stamp only

KAREN CHAVERS
U.S. MARSHALS SERVICE
ONE CHURCH ST #A-100
MONTGOMERY, AL - 36104

DJ#: 938675

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California    )
County of Los Angeles  ) ss

Notice Type:    SZR - NOTICE OF SEIZURE

Ad Description: CV #2:06cv116-F/NOTICE OF ARREST AND SEIZURE, USA V. $543,190

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the LOS ANGELES DAILY JOURNAL, a newspaper published in the English language in the city of LOS ANGELES, county of LOS ANGELES, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of LOS ANGELES, State of California, under date 04/26/1954, Case No. 599,382. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

03/16/2006, 03/23/2006, 03/30/2006

Executed on: 03/30/2006
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

---

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION UNITED STATES OF AMERICA, PLAINTIFF, v. CIVIL ACTION NO. 2:06cv116-F FIVE HUNDRED FORTY-THREE THOUSAND ONE HUNDRED NINETY DOLLARS ($543,190.00) IN UNITED STATES CURRENCY, DEFENDANT.

**NOTICE OF ARREST AND SEIZURE**

Notice is hereby given that the United States of America has filed a Complaint for Forfeiture *In Rem* and the Court has issued Warrant of Arrest *In Rem* for the forfeiture of the Defendant Five Hundred Forty-Three Thousand One Hundred Ninety Dollars ($543,190.00) in United States Currency, which was seized from Enrique Alcaraz-Barajas on August 29, 2005, in Montgomery, Alabama.

Any person claiming an interest in the Defendant(s) must file a claim asserting that interest, in the manner set forth in Title 18, *United States Code*, Section 983(a)(4)(A), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint. In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama 36104, with a copy thereof sent to:
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suit 201 (36104), Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280.
Additional procedures and regulations regarding this forfeiture action are found at Title 19, *United States Code*, Sections 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) Sections 1316.71-1316.81.
All persons and entities who have an interest in the Defendant Five Hundred Forty-Three Thousand One Hundred Ninety Dollars ($543,190.00) in United States Currency may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.
JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT OF ALABAMA
3/16, 3/23, 3/30/06

DJ-938675#