IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| V. | *   CASE NO. 2:2006-CV-116-MEF |
| FIVE HUNDRED FORTY-THREE THOUSAND ONE HUNDRED NINETY DOLLARS ($543,190.00) IN UNITED STATES CURRENCY, | * |
| Defendant. | * |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and files this Notice of Appearance for Enrique Alcaraz-Barajas. This appearance does not include, without further fees, any appellate matters.

Respectfully submitted this the 12th day of May, 2006.

> S/Bruce Maddox
> Bruce Maddox (MAD013)
> Attorney for Enrique Alcaraz-Barajas

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to John Harmon Asst. United States Attorney.

Respectfully submitted.

_____ S/Bruce Maddox
                                              Of Counsel