IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| V. | * CASE NO. 2:2006-CV-116-MEF |
| FIVE HUNDRED FORTY-THREE THOUSAND ONE HUNDRED NINETY DOLLARS ($543,190.00) IN UNITED STATES CURRENCY, | * |
| Defendant. | * |

## CLAIM

Before me the undersigned authority came Enrique Alcaraz-Barajas, who under oath gives the following statement.

1. My name is Enrique Alcaraz-Barajas. I make this claim pursuant to Rule C (6) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for any interest in **$543,190.00 U.S. Currency**, which the Drug Enforcement Administration seized for forfeiture pursuant to Title 21, United States Code (U.S.C.) Section 881, and which is the subject of this action.

2. I am entitled to the lawful possession of said property, because I lawfully possessed said property at the time of seizure and I lawfully own an interest in same.

DATED this the 2nd day of May 2006.

Enrique Alcaraz-Barajas

STATE OF California )

Before me the undersigned authority, a Notary Public for the State at Large, personally appeared Enrique Alcaraz-Barajas, who is known to me and who by me first duly sworn, deposes and says that the above statements are true and correct to the best of his knowledge and belief, and that he makes the above statements subject to the penalty of perjury.

SWORN to and SUBSCRIBED before me this the 2nd day of May, 2006.



Enrique Alcaraz-Barajas
Notary Public

My commission expires on Aug. 25, 2009.