| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See instructions for "Service of Process by U.S. Marshal"* |  |
|---|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06CV116-MEF |
|---|---|
| DEFENDANT<br>Five Hundred Forty-Three Thousand One Hundred Ninety Dollars ($543,190.00) in U.S. C | TYPE OF PROCESS<br>NOTICE |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  THE TAMPA TRIBUNE
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  200 S. PARKER STREET; TAMPA FL 33606

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

*CATS 05-DEA-456576
*813-259-7711
PUBLISH ONCE A WEEK FOR THREE CONSECUTIVE WEEKS

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 02/06/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>3/6/06 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Date: 4/25/06   Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: Judith Smith

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | $53.00 | | |

REMARKS: 3/9/06 FWD to M/FL for service    PUBLISHED IN THE TAMPA TRIBUNE, RAN ON MARCH 24, 31 AND APRIL 7 OF 2006.  COST $1,612.50   543,190.00 US CURRENCY CASE.

RECEIVED MAY 17 2006
RETURNED AND FILED

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|---|

# THE TAMPA TRIBUNE
Published Daily
Tampa, Hillsborough County, Florida

**RECEIVED**
2006 MAY -2 A 9: 50
UNITED STATES
MARSHALS SERVICE
MIDDLE DIST ALABAMA

State of Florida } ss.
County of Hillsborough }

Before the undersigned authority personally appeared C. Pugh, who on oath says that she is the Advertising Billing Supervisor of The Tampa Tribune, a daily newspaper published at Tampa in Hillsborough County, Florida; that the attached copy of advertisement being a

LEGAL NOTICE IN THE TAMPA TRIBUNE

in the matter of

UNITED STATES OF AMERICA

was published in said newspaper in the issues of

"MARCH 24, 31 & APRIL 07, 2006

Affiant further says that the said The Tampa Tribune is a newspaper published at Tampa in said Hillsborough County, Florida, and that the said newspaper has heretofore been continuously published in said Hillsborough County, Florida, each day and has been entered as second class mail matter at the post office in Tampa, in said Hillsborough County, Florida for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, this advertisement for publication in the said newspaper.

Sworn to and subscribed by me, this 11 day of APRIL, A.D. 2006

Personally Known ✓ or Produced Identification _____ Type of Identification Produced _____



JEAN E. LANTAIGNE
MY COMMISSION EXPIRES
July 7, 2008
#DD 335276
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

---

UNITED STATES OF AMERICA, PLAINTIFF, V. FIVE HUNDRED FORTY-THREE THOUSAND ONE HUNDRED NINETY DOLLARS ($543,190.00) IN UNITED STATES CURRENCY, DEFENDANT.

CIVIL ACTION NO. 2:06CV116-MEF

NOTICE OF ARREST AND SEIZURE

Notice is hereby given that the United States of America has filed a Complaint for Forfeiture *In Rem* and the Court has issued Warrant of Arrest *In Rem* for the forfeiture of the Defendant Five Hundred Forty-Three Thousand One Hundred Ninety Dollars ($543,190.00) in United States Currency, which was seized from Enrique Alcaraz-Barajas on August 29, 2005, in Montgomery, Alabama.

Any person claiming an interest, in the Defendant(s) must file a claim asserting that interest, in the manner set forth in Title 18, *United States Code*, Section 983 (a) (4) (A), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint. In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama 36104, with a copy thereof sent to:

John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suit 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280.

Additional procedures and regulations regarding this forfeiture action are found at Title 19, *United States Code*, Sections 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316.71-1316.81.

All persons and entities who have an interest in the Defendant Five Hundred Forty-Three Thousand One Hundred Ninety Dollars ($543,190.00) in United States Currency may, in addition to filing a claim or in lieu of the filing of a claim, submit a petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT OF ALABAMA

3/24,31, 4/7/06

2212