**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*



| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 2:06CV116-MEF |
|---|---|
| DEFENDANT Five Hundred Forty-Three Thousand One Hundred Nine Dollars ($543,109.00) in U.S. Currency | TYPE OF PROCESS COMPLAINT/NOTICE/WARRANT |

RECEIVED

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | JEROME C. CARTER OF THE COCHRAN FIRM |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 401 CHURCH STREET; MOBILE AL 36602 |

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| UNITED STATES ATTORNEY OFFICE JOHN T. HARMON, AUSA P. O. BOX 197 MONTGOMERY AL 36101-0197 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

\*CATS 05-DEA-456576
\*251-434-9993

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (334) 223-7280 | DATE 02/06/06 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 2 | District to Serve No. 3 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 3/6/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) LaTeisha Wright, Secretary | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date 4-28-06 | Time 2:15 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $45.00 | Total Mileage Charges including *endeavors* 0 | Forwarding Fee 8.00 | Total Charges $53.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $53.00 |
|---|---|---|---|---|---|

REMARKS: 3/9/06 FWD to S/AL for service

RETURNED AND FILED

MAY 2 3 2006

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.