IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
|     **Plaintiff,** | * | |
| | * | |
| V. | * | CASE NO. 2:2006-CV-116-MEF |
| | * | |
| **FIVE HUNDRED FORTY-THREE** | * | |
| **THOUSAND ONE HUNDRED NINETY** | * | |
| **DOLLARS ($543,190.00)** | * | |
| **IN UNITED STATES CURRENCY,** | * | |
| | * | |
|     **Defendant.** | * | |

## ANSWER TO COMPLAINT
## FOR FORFEITURE

Comes now the Claimant, **Enrique Alcaraz-Barajas**, by and through **The Law Offices of Bruce Maddox,** and having previously filed a Claim with the Drug Enforcement Administration in this cause, files this **Answer** to the **Complaint For Forfeiture**, and respectfully says as follows:

1. The Claimant admits the allegations in paragraph one as to the nature of the complaint and date of seizure, but denies that the property was properly seized for violations of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 801 et seq.

2. The Claimant denies the allegations in paragraph two of the complaint.

3. The Claimant denies the allegations in paragraph three of the complaint.

4. The Claimant admits the allegations contained in paragraph four of the complaint.

5. The Claimant denies the allegations contained in paragraph five of the complaint as it is not a fair delineation of the facts of the case.

6.	The Claimant denies the allegations contained in paragraph six of the complaint and demands strict proof thereof.

7.	The Claimant denies the allegations contained in paragraph seven of the complaint.

8.	The Claimant denies the allegations contained in paragraph eight of the complaint.

Respectfully submitted this the 1st day of June, 2006.


				S/Bruce Maddox
				Bruce Maddox (MAD013)
				Attorney for Enrique Alcaraz-Barajas

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to John Harmon Asst. United States Attorney.

Respectfully submitted._____

_____S/Bruce Maddox
				Of Counsel___