IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-116-MEF |
| | ) |
| FIVE HUNDRED FORTY-THREE | ) |
| THOUSAND ONE HUNDRED NINETY | ) |
| DOLLARS ($543,190.00) IN UNITED | ) |
| STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the claimant Enrique Alcaraz-Barajas's Motion to Dismiss (Doc. #10) filed on June 1, 2006, 2006, it is hereby ORDERED that:

1. The claimant file a memorandum of law supporting his motion to dismiss on or before June 9, 2006.

2. The government shall file a response which shall include a brief and any evidentiary materials on or before June 19, 2006.

3. The claimant may file a reply brief on or before JUne 26, 2006.

DONE this the 5th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE