**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **V.** | * | **CASE NO. 2:2006-CV-116-MEF** |
| | * | |
| **FIVE HUNDRED FORTY-THREE** | * | |
| **THOUSAND ONE HUNDRED NINETY** | * | |
| **DOLLARS ($543,190.00)** | * | |
| **IN UNITED STATES CURRENCY,** | * | |
| | * | |
| **Defendant.** | * | |

**MOTION FOR EXTENSION OF TIME TO FILE**

**MEMORANDUM OF LAW**

Comes now the Complainant, Enrique Alcaraz-Barajas, by and through counsel and requests

this Honorable Court to grant an Extension of Time to file Memorandum of Law Supporting his

Motion to Dismiss and as grounds therefore says as follows:

1.      Undersigned counsel was out of State from June 1 through June 6, 2006.

2.      Complainant requests and extension of at least 7 days to file Memorandum of Law

Supporting his Motion to Dismiss.

Respectfully submitted this the 7th day of June, 2006.

S/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for Enrique Alcaraz-Barajas

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

_____IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|       Plaintiff, | * |
| | * |
| V. | *     CASE NO. 2:2006-CV-116-MEF |
| | * |
| FIVE HUNDRED FORTY-THREE | * |
| THOUSAND ONE HUNDRED NINETY | * |
| DOLLARS ($543,190.00) | * |
| IN UNITED STATES CURRENCY, | * |
| | * |
|       Defendant. | * |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2006, I electronically filed the foregoing with the Clerk of Court  using the CM/ECF system which will send notification of such filing to John Harmon, Asst. United States Attorney.

S/Bruce Maddox
Bruce Maddox (MAD013)