IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-116-MEF |
| FIVE HUNDRED FORTY-THREE | ) | |
| THOUSAND ONE HUNDRED NINETY | ) | |
| DOLLARS ($543,190.00) IN UNITED | ) | |
| STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the claimant Enrique Alcaraz-Barajas's Motion for Extension of Time to File Memorandum of Law (Doc. #13) filed on June 7, 2006, 2006, it is hereby ORDERED that:

1. The motion is GRANTED.

2. The claimant shall file a memorandum of law supporting his motion to dismiss on or before June 16, 2006.

3. The government shall file a response which shall include a brief and any evidentiary materials on or before June 26, 2006.

4. The claimant may file a reply brief on or before July 5, 2006.

DONE this 9th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE