| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See instructions for "Service of Process by U.S. Marshal"  #214 | ③ |
|---|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06CV116-MEF |
|---|---|
| DEFENDANT<br>Five Hundred Forty-Three Thousand One Hundred Ninety Dollars ($543,190.00) in U.S. C | TYPE OF PROCESS<br>COMPLAINT/NOTICE/WARRANT |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  ENRIQUE ALCARAZ-BARAJAS
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  16411 MCFADDEN AVENUE; APT 302; TUSTIN CA 92780

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| UNITED STATES ATTORNEY OFFICE<br>JOHN T. HARMON, AUSA<br>P. O. BOX 197<br>MONTGOMERY AL 36101-0197 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

*CATS 05-DEA-456576
*Mbr may be still incarcerated at the Montgomery City Jail; 301 North Ripley Street; Montgomery, AL 36104
*CA number listed: 714-547-2659
*Mbr's Attorney: Jerome C. Carter/251-434-9993

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER (334) 223-7280   DATE 02/__/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 2 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk  Chavero | Date 3/15/06  3/6/06 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)   AUG 23 2006  CLERK U.S. DISTRICT COURT

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee 8.00 | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:  3/9/06 FWD to C/CA for service
① 3/31/06 - No Ans @ Door
② 4/5/06 - No Ans @ Door
③ 6/30/2006 - Could not Locate at this Address

FORM USM-285 Rev. 12/15/80 Automated 01/00

PRIOR EDITIONS MAY BE USED     PRINT 5 COPIES:  1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  5. ACKNOWLEDGMENT OF RECEIPT