U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See instructions for "Service of Process by U.S. Marshal"  #217  (4)

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 2:06CV116-MEF |
|---|---|
| DEFENDANT Five Hundred Forty-Three Thousand One Hundred Ninety Dollars ($543,190.00) in U.S. C | TYPE OF PROCESS COMPLAINT/NOTICE/WARRANT |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT:
ESTHER A. SANDOVAL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1022 WEST HIGHLAND APT 8; SANTA ANA CA 92703

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

*CATS 05-DEA-456576
*OTHER LISTED ADDRESSES: 1136 WEST MCFADDEN AVE; SANTA ANA CA 92707 & 2308 NORTH BRISTOL STREET; SANATA ANA, CA 92706
*714-741-0644

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 02/06/06

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
District of Origin No. 2
District to Serve No. 12
Signature of Authorized USMS Deputy or Clerk: Chavers
Date: 3/15/06  3/6/06

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

AUG 23 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

Forwarding Fee: 8.00

REMARKS: 3/9/06 FWD to C/CA for service
3/31 1022 W Highland - Res. Mrs Besillio has been at add for 4 months. Does not know A
1136 W McFadden - No Ans @ Door / 2308 Bristol - Sanchez Family Nes D

4/5 -
1136 W McFadden - Res Maris Lopez does not know A

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00