| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See instructions for "Service of Process by U.S. Marshal" # 218 | ⑤ |
|---|---|---|

RECEIVED

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06CV116-MEF |
|---|---|
| DEFENDANT<br>Five Hundred Forty Three Thousand One Hundred Ninety Dollars ($543,190.00) in U.S. C | TYPE OF PROCESS<br>COMPLAINT/NOTICE/WARRANT |

2006 FEB -7 A 9:36

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>GUILLERMO MARIO MARTINEZ<br>ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1265-B EAST 14TH STREET; SANTA ANA CA 92701 |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 3 |
|---|---|---|
| UNITED STATES ATTORNEY OFFICE<br>JOHN T. HARMON, AUSA<br>P. O. BOX 197<br>MONTGOMERY AL 36101-0197 | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                                              Fold

*CATS 05-DEA-456576
*OTHER LISTED ADDRESSES: 2414 NORTH TUSTIN AVE APT 13; SANTA ANA, CA 92705 & 5839 WEST LIBBY STREET; GLENDALE AZ 85308
*714-863-4955

| Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>02/06/06 |
|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 2 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk<br>Chavers | Date<br>3/6/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

AUG 2 3 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee<br>8.00 | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: 3/9/06 FWD to C/CA for service
ETS 3/31/06 - 1265 B E 14TH ST - Address Does NoT exist. 1264B - NesD
2414 N Tustin APT 13 - iNComple Address. Unable To Locate D

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|---|