**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John T. Harmon
United States Attorney
One Court Square, Suite 201
Montgomery, AL  36104

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *G. Mathews*                    ☐ Agent
                                  ☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery
Joy Mathews                      10/26/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

2:06 cv 116 -MEF

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
   *(Transfer from service label)*    7005 1820 0002 3461 6821

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leura G. Canary
United States Attorney
One Court Square, Suite 201
Montgomery, AL  36104

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Joy Mathews*                   ☐ Agent
                                  ☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery
Joy Mathews                      10/26/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

2:06 cv 116-MEF #21

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
   *(Transfer from service label)*    7005 1820 0002 3461 7385

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540