NOTICE OF CLAIM
Of
MR. ENRIQUE ALCARAZ-BARAJAS

| | |
|---|---|
| Asset ID: | **05-DEA-456576** |
| Case Number: | KI-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | August 29, 2005 |
| Seizure Place: | Montgomery, Alabama |
| Owner Name: | ENRIQUE ALCARAZ-BARAJAS |
| Seized From: | ENRIQUE ALCARAZ-BARAJAS |
| Federal District: | Middle District of Alabama |

Comes Now **ENRIQUE ALCARAZ-BARAJAS** and files this notice of claim on seized U.S. Currency in the above referenced matter and states the claim as follows:

That late July 2005, I noticed a black plastic garbage bag near a pond outside a Hampton Inn in Tampa, Florida. Believing it to be abandoned, I moved the bag to some bushes outside the hotel. The next day, I looked inside to find bundles of U.S. currency. I made arrangements to secure the money in safe deposit boxes at a Tampa bank.

The money was later seized by Alabama State Troopers after a traffic stop in Montgomery, Alabama. When asked about the money I explained to the officers that I found the money. Upon additional interrogation, I was charged with impersonating a U.S. citizen. A complete search of the vehicle was completed without incident.

I did not file a report with the local police or attempt to locate the owner of the lost money. I was unsure of the process of staking a claim in relation to the currency, but would have if I had known there was a process for doing so.

I now, under oath and in fear of perjury, claim my interest in the money as finder of lost currency. I will waive any interest to the true and rightful owner should one come forward with proof of a superior claim.

Signed this 29 day of December, 2005.

_Enrique Alcaraz B_
ENRIQUE ALCARAZ-BARAJAS

STATE OF ALABAMA
COUNTY OF MONTGOMERY

I, the undersigned Notary Public in and for said State and County, hereby certify that **ENRIQUE ALCARAZ-BARAJAS**, whose name is signed to the foregoing claim, and who is known to me, acknowledged before me on this day, that being informed of the contents of the claim, he executed the same voluntarily on the day the same bears date.

Sworn to and subscribed before me on this the 29 day of December, 2005.

_____
Notary Public, State at Large
My commission expires: _____

Notary Public State of Alabama at Large
My Commission Expires 6/9/07