IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-116-MEF |
| FIVE HUNDRED FORTY-THREE | ) | |
| THOUSAND ONE HUNDRED NINETY | ) | |
| DOLLARS ($543,190.00) IN UNITED | ) | |
| STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the defendants' Motion for Summary Judgment (Doc. #26) filed on April 23, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on May 15, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before May 8, 2007.  The defendants may file a reply brief on or before May 15, 2007.

**The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.**

DONE this the 24th day of April, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE