IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| )| |
| Plaintiff,            ) | |
| v.            ) | CASE NO. 2:06-cv-116-MEF |
| FIVE HUNDRED FORTY-THREE            ) | |
| THOUSAND ONE HUNDRED NINETY            ) | |
| DOLLARS ($543,190.00) IN UNITED            ) | |
| STATES CURRENCY,            ) | |
| )| |
| Defendant.            ) | |

## **O R D E R**

Upon consideration of the government's Motion for Summary Judgment (Doc. #26) filed on April 23, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on May 21, 2007.

It is further ORDERED that the claimant file a response which shall include a brief and any evidentiary materials on or before May 14, 2007. The government may file a reply brief on or before May 21, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 30th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE