IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-116-MEF |
| FIVE HUNDRED FORTY-THREE ) | |
| THOUSAND ONE HUNDRED NINETY ) | |
| DOLLARS ($543,190.00) IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the claimant's Motion to Strike (Doc. #31) filed on May 14, 2007, it is hereby

ORDERED that the government show cause in writing on or before May 25, 2007 as to why the motion should not be granted.

DONE this the 15th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE