IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:06-CV-00116-MEF |
| | * | |
| FIVE HUNDRED FORTY-THREE | * | |
| THOUSAND ONE HUNDRED NINETY | * | |
| DOLLARS ($543,190.00 in United States | * | |
| Currency | * | |
| Defendant. | * | |
| and | * | |
| | * | |
| ENRIQUE ALCARAZ-BARAJAS, | * | |
| | * | |
| Claimant. | * | |

**CLAIMANT'S
MOTION FOR SUMMARY JUDGMENT**

Comes now the Claimant Enrique Alcaraz-Barajas, by and through counsel, and pursuant to Rule 56.1, Fed.R.Civ.P., moves the Court to enter summary judgment in favor of the Claimant upon the grounds that there is no genuine issue as to any material fact, and Claimant is entitled to judgment as a matter of law, saying as follows:

1. The government bears the burden of proof and cannot offer admissible facts to support the allegations of the Complaint and subsequent pleadings. There are, therefore, no facts in support of the government's claim for relief.

2. The Claimant relies on the pleadings, the Motion to Dismiss, the Motion to Suppress and the Motion to Strike heretofore filed, and the briefs previously filed in support thereof, as well as briefs and information to be filed subsequently as to those motions currently pending.

3. Claimant requests the Court to hold this Motion pending until further discovery, filings, and rulings. Claimant files this Motion in this form because of the dispository motion cut-off set in

this cause.  Claimant asserts that further facts will develop through further discovery which support this Motion.

      Respectfully submitted this 18th day of May, 2007.

                                    s/Bruce Maddox
                                    Bruce Maddox (MAD013)
                                    Attorney for Enrique Alcaraz-Barajas
                                    6728 Taylor Court
                                    Montgomery, Alabama 36117
                                    Phone: (334) 244-7333
                                    Fax: (334) 260-9600
                                    retrocam@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of May, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

                                    s/Bruce Maddox
                                    Of Counsel