IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>FIVE HUNDRED FORTY-THREE )<br>THOUSAND ONE HUNDRED NINETY )<br>DOLLARS ($543,190.00) IN UNITED )<br>STATES CURRENCY, )<br>)<br>Defendant. ) | CASE NO. 2:06-cv-116-MEF |

## **O R D E R**

Upon consideration of the claimant's Amended Motion to Strike (Doc. #36) filed on May 18, 2007, it is hereby

ORDERED that the government show cause in writing on or before June 1, 2007 as to why the motion should not be granted.

DONE this the 23rd day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE