IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-116-MEF |
| FIVE HUNDRED FORTY-THREE ) | |
| THOUSAND ONE HUNDRED NINETY ) | |
| DOLLARS ($543,190.00) IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the claimant's Motion for Summary Judgment (Doc. #37) filed on May 18, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on June 13, 2007.

It is further ORDERED that the government file a response which shall include a brief and any evidentiary materials on or before June 6, 2007. The claimant may file a reply brief on or before June 13, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 23rd day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE