IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | : CIVIL ACTION NO. 2:06cv116-MEF |
| | : |
| FIVE HUNDRED FORTY-THREE | : |
| THOUSAND ONE HUNDRED NINETY | : |
| DOLLARS ($543,190.00) | : |
| IN UNITED STATES CURRENCY, | : |
| | : |
| DEFENDANT. | : |

NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, states as follows:

The parties have met. Settlement negotiations cannot advance until the issue of the Claimant's standing has been resolved.

Respectfully submitted this 11th day of June, 2007.

                FOR THE UNITED STATES ATTORNEY
                LEURA G. CANARY

        /s/John T. Harmon
        John T. Harmon
        Assistant United States Attorney
        Office of the United States Attorney
        Middle District of Alabama
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        Telephone:(334) 223-7280
        Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2007, I electronically filed the foregoing Notice Concerning Settlement Conference and Mediation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Maddox.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney