## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CR. NO: 2:05-cr-189 |
| ENRIQUE ALCARAZ-BARAJAS | * | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, undersigned counsel, **JEROME C. CARTER**, and files his

Notice of Intent to Change Plea on behalf of the Defendant, **ENRIQUE ALCARAZ-**

**BARAJAS** in the above-styled cause.

A negotiated plea has been entered by the Defendant to the offenses charged in

Count I of the Indictment, with the provisions of the government as follows:

a)    agree that a 2-level reduction with the Defendant's appropriate

acceptance of responsibility.

b)    agrees to a sentence of time served as of the date of sentencing;

c)    agrees to an expedited sentence hearing.

Respectfully submitted this the ___ day of November, 2005.

**JEROME C. CARTER (ASB 9659 R74J)**
**Jcarter@carterlawfirmpc.com**
**Attorney for Defendant**

OF COUNSEL:

**THE COCHRAN FIRM – MOBILE**
401 Church Street
Mobile, Alabama 36602
Telephone: (251) 433-6500
Facsimile: (251) 434-9995

**GOVERNMENT EXHIBIT**
**C**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 2 day of November, 2005, served a copy of the foregoing pleading via electronic service:

Todd A. Brown, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

JEROME C. CARTER