UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-116-MEF |
| | ) | |
| | ) | |
| FIVE HUNDRED FORTY-THREE | ) | |
| THOUSAND ONE HUNDRED NINETY | ) | |
| DOLLARS ($543,190.00) IN | ) | |
| UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF JOHN HIERONYMUS

1.  I, John Hieronymus, hereby declare that I am the Forfeiture Counsel of the Drug Enforcement Administration (DEA), United States Department of Justice, and in that capacity supervise forfeiture activities within the DEA.

2.  I affirm that, in the course of my official duties as Forfeiture Counsel of the DEA, I supervise and monitor the forfeiture activities of DEA field offices and receive reports and inquiries from those field offices regarding all facets of forfeiture matters.

1

GOVERNMENT EXHIBIT
A

3.   I declare that material related to the property, which

is the subject matter of the above-captioned action, is contained

in one (1) file in my office.

4.   The file, captioned as DEA Case No. KI-05-0058 and Asset

Identification (I.D.) No. 05-DEA-456576, contains the following

information:

(a)   DEA Asset I.D. No. 05-DEA-456576 represents

$543,190.00 U.S. Currency seized from Enrique Alcaraz-Barajas on

August 29, 2005, in Montgomery, Alabama.  The DEA office in

Montgomery, Alabama adopted this seizure and subsequently

prepared and submitted a forfeiture report to this office.  An

attorney or paralegal reviewed this report to determine if the

DEA field office provided adequate information to support

administrative forfeiture proceedings against the property.  This

procedure included a legal review of the evidence that existed to

seize the $543,190.00 U.S. Currency.  Based on this thorough

review, the DEA accepted this case for administrative forfeiture.

(b)   On October 17, 2005, pursuant to Title 19, United

States Code (U.S.C.), Section 1607(a) and Title 18, U.S.C.,

Section 983(a), the DEA sent written notice of this seizure by

certified mail, return receipt requested, to Mr. Enrique Alcaraz-

Barajas, 16411 McFadden Avenue, Apt. 302, Tustin, CA 92780

(Exhibit 1).  After three delivery attempts, the U.S. Postal

Service returned the notice to DEA stamped "RETURNED TO SENDER.

UNCLAIMED" (Exhibit 2).

(c)   On October 17, 2005, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Mr. Guillermo Mario Martinez, 1265-B East 14th Street, Santa Ana, CA 92701 (Exhibit 3).  The U.S. Postal Service returned the notice to DEA stamped "RETURNED TO SENDER. NO SUCH NUMBER" (Exhibit 4).

(d)   On October 17, 2005, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Esther A. Sandoval, 1022 West Highland, Apt. 8, Santa Ana, CA 92703 (Exhibit 5).  After three delivery attempts, the U.S. Postal Service returned the notice to DEA stamped "RETURNED TO SENDER.  UNCLAIMED" (Exhibit 6).

(e)   Pursuant to Title 19, U.S.C., Section 1607(a) and Title 21, Code of Federal Regulations, Section 1316.75, the seizure of the property was published in THE WALL STREET JOURNAL, a newspaper of general circulation in the Middle District of Alabama (Exhibit 7).  The notice was published once each week for three successive weeks: October 31, and November 7 and 14, 2005. The published and mailed notices explained the option of filing a claim with the DEA Forfeiture Counsel in order to contest the forfeiture action in United States District Court.  Pursuant to Title 18, U.S.C., Section 983(a)(2)(B), the published and mailed notices also stated that the deadline to file a claim was

3

November 21, 2005, or if the mailed notice was not received, December 14, 2005. In addition, the published and mailed notices explained the option of filing a petition for remission or mitigation.

(f) On November 29, 2005, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Mr. Enrique Alcaraz-Barajas, Prisoner ID No. NONE, Montgomery City Jail, 301 North Ripley Street, Montgomery, AL 36104 (Exhibit 8). On December 3, 2005, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 9).

(g) On November 29, 2005, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Mr. Enrique Alcaraz-Barajas, c/o Jerome C. Carter, 401 Church Street, Mobile, AL 36602 (Exhibit 10). On December 5, 2005, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 11).

(h) On November 29, 2005, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Mr. Guillermo Mario Martinez, 2414 North Tustin Ave., Apt. #13, Santa Ana, CA 92705 (Exhibit 12). The

U.S. Postal Service returned the notice to DEA stamped "RETURN TO SENDER INSUFFICIENT ADDRESS" (Exhibit 13).

(i)   On November 29, 2005, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Esther A. Sandoval, 1136 West McFadden Ave., Santa Ana, CA 92707 (Exhibit 14).  The U.S. Postal Service returned the notice to DEA stamped "RETURNED TO SENDER. Attempted Not Known" (Exhibit 15).

(j)   On December 30, 2005, the DEA received a claim for seized property from Enrique Alcaraz-Barajas through Jerome C. Carter, Esq., Carter Law Firm – Cochran Law Firm – Mobile, 1105 Dauphin Street, Mobile, AL 36604-2511 (Exhibit 16) and (Exhibit 17).

(k)   On January 3, 2006, the DEA received a claim for seized property from Enrique Alcaraz-Barajas through the Law Offices of Bruce Maddox, 6728 Taylor Court, Montgomery, AL 36117 (Exhibit 18) and (Exhibit 19).

(l)   On January 18, 2006, the DEA referred the claims of Enrique Alcaraz-Barajas to the Office of the United States Attorney for the Middle District of Alabama, by Federal Express, for the initiation of judicial forfeiture proceedings (Exhibit 20).  On the same date, the DEA notified Enrique Alcaraz-Barajas, c/o Bruce Maddox, Esq., 6728 Taylor Court, Montgomery, AL 36117 of this action (Exhibit 21).

5

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this _11th_ day of July 2007.

John Hieronymus
Forfeiture Counsel
Asset Forfeiture Section (OML)
Drug Enforcement Administration
HQs Forfeiture Response
P. O. Box 1475
Quantico, VA  22134-1475

Attachments:  Exhibits 1-21



**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

| | |
|---|---|
| Asset Id: | 05-DEA-456576 |
| Case Number: | KI-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | 08/29/05 |
| Seizure Place: | Montgomery, AL |
| Owner Name: | Alcaraz-Barajas, Enrique |
| Seized From: | Alcaraz-Barajas, Enrique |
| Judicial District: | Middle District of Alabama |

Mr. Enrique Alcaraz-Barajas
16411 McFadden Avenue
Apt. 302
Tustin, CA 92780

NOTICE MAILING DATE: October 17, 2005

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (**pardon**) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (**30**) days of your receipt of this notice. The petition must include proof of your

interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **November 21, 2005**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f),

release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A P[...] OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED [...] FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OT[...] MEANS WILL NOT BE ACCEPTED. The Asset Id referenced above should be used with all submiss[...] include the Asset ID may cause a delay in processing your submission(s).

**EXHIBIT**

1

Forfeiture Counsel
Asset Forfeiture Section, OMA
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475



UNCLAIMED

**CERTIFIED MAIL**

PS Form 3800, June 2002          See Reverse for Instructions

7004 2510 0006 9912 6563

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage | $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees | $

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

Postmark
Here

7004 2510 0006 9912 6563

EXHIBIT

2



**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

| | |
|---|---|
| Asset Id: | 05-DEA-456576 |
| Case Number: | KI-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | 08/29/05 |
| Seizure Place: | Montgomery, AL |
| Owner Name: | Alcaraz-Barajas, Enrique |
| Seized From: | Alcaraz-Barajas, Enrique |
| Judicial District: | Middle District of Alabama |

Mr. Guillermo Mario Martinez
1265-B East 14th Street
Santa Ana, CA 92701

NOTICE MAILING DATE: October 17, 2005

### NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

### TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your

interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

### TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by November 21, 2005. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(b)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f),

release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

### WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER MEANS WILL NOT BE ACCEPTED. The Asset Id referenced above should be used with all submissions. include the Asset ID may cause a delay in processing your submission(s).

**EXHIBIT**

3

Forfeiture Counsel
Asset Forfeiture Section, OMA
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

2005 NOV -1  PM 3·28

7004 2510 0006 9912 6587

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

CERTIFIED MAIL™

7004 2510 0006 9912 6587

Mr. Guillermo Mario Martinez
1264 B East 14th Street
Santa Ana, CA  92701

#73

OCT 3 1 2005
DEA/QUANTICO

EXHIBIT
4



**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

| | |
|---|---|
| Asset Id: | 05-DEA-456576 |
| Case Number: | KI-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | 08/29/05 |
| Seizure Place: | Montgomery, AL |
| Owner Name: | Alcaraz-Barajas, Enrique |
| Seized From: | Alcaraz-Barajas, Enrique |
| Judicial District: | Middle District of Alabama |

Esther A. Sandoval
1022 West Highland
Apt. 8
Santa Ana, CA 92703

NOTICE MAILING DATE: October 17, 2005

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (**pardon**) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your

interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by November 21, 2005. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f).

release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER MEANS WILL NOT BE ACCEPTED. The Asset Id referenced above should be used with all submissions. include the Asset ID may cause a delay in processing your submission(s).

**EXHIBIT**

tabbies

5



Forfeiture Counsel
Asset Forfeiture Section, OMA
Drug Enforcement Administration
HQs Forfeiture Response,
P.O. Box 1475
Quantico, Virginia 22134-1475

NOT
10-21-05

Esther A. Sandoval
1022 West Highland
Apt. 8
Santa Ana, CA 92703

7004 2510 0006 9912 6570

UNCLAIMED

CERTIFIED MAIL

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7004 2510 0006 9912 6570

Postage  $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees  $

Postmark
Here

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

EXHIBIT

6

◇ PUBLIC NOTICES ◇

# LEGAL NOTICE ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code, (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (21 U.S.C. 801 et seq.).



EXHIBIT

7

◇ PUBLIC NOTICES ◇

# LEGAL NOTICE
## ATTENTION

FIRST NOTICE
LAST DATE TO FILE
DECEMBER 21, 2005
PLACE SEIZED, SEIZED FROM,
DATE SEIZED

MIDDLE DISTRICT OF ALABAMA

NORTHERN DISTRICT OF ALABAMA

CENTRAL DISTRICT OF ALABAMA

SOUTHERN DISTRICT OF ALABAMA

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT OF CALIFORNIA

MIDDLE DISTRICT OF FLORIDA

NORTHERN DISTRICT OF FLORIDA

SOUTHERN DISTRICT OF FLORIDA

MIDDLE DISTRICT OF GEORGIA

NORTHERN DISTRICT OF GEORGIA

EASTERN DISTRICT OF MISSOURI

EASTERN DISTRICT OF VIRGINIA

SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DISTRICT OF NORTH CAROLINA

MIDDLE DISTRICT OF NORTH CAROLINA

NORTHERN DISTRICT OF GEORGIA

DISTRICT OF NEBRASKA

WESTERN DISTRICT OF TEXAS

EASTERN DISTRICT OF VIRGINIA

EASTERN DISTRICT OF WISCONSIN

WESTERN DISTRICT OF WISCONSIN

NORTHERN DISTRICT OF WEST VIRGINIA

SECOND NOTICE
LAST DATE TO FILE
DECEMBER 14, 2005
PLACE SEIZED, SEIZED FROM,
DATE SEIZED

MIDDLE DISTRICT OF ALABAMA

EASTERN DISTRICT OF ARKANSAS

DISTRICT OF ARIZONA

CENTRAL DISTRICT OF CALIFORNIA

DISTRICT OF MARYLAND

MIDDLE DISTRICT OF NORTH CAROLINA

EASTERN DISTRICT OF KENTUCKY

DISTRICT OF MASSACHUSETTS

SOUTHERN DISTRICT OF ILLINOIS

WESTERN DISTRICT OF NORTH CAROLINA

THE WALL STREET JOURNAL. MONDAY, NOVEMBER 14, 2005 B7

## ◈ PUBLIC NOTICES ◈

# LEGAL NOTICE ATTENTION

...21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.) An owner or [illegible] may file a petition for ... HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9 ... ernon Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with ... request pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other correspondence will be deemed filed when actually received by the DEA ... ppearing in this notice are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigation or other activities.

ard 08/31/05 ... U.S. Currency ... Banuelos ... 320 Tractor ... 29T151895 ... ard, 08/31/05 ... Jet Corvette ... VA, Swain ... 350 BRW Pick- ... 1F0FED81361 ... ard 08/31/05 ... 250 ... VA, Swain ... Davidson ... Galax, VA ... S. Currency ... a, 10/03/05 ... S. Currency ... 09/20/05 ... S. Currency ... AKA Daniel ... SHINGTON ... S. Currency ... Kallig, 09/30/05 ... CONSIN ... U.S. Currency ... AKA ... Currency ... 09/23/05 ... Currency ... 09/23/05 ... Currency ... 09/26/05 ... Currency ... 27/05 ... Currency ... 09/27/05 ... Currency ... 09/27/05 ... U.S. Currency ... 9/13/05 ... Presidential ... er No ... Anthony ... Currency ... 9/28/05 ... 153 Pickup ... Darien, WI ... Currency ... 10/03/05 ... Currency ... Currency ... 09/29/05 ... S. Currency ... 10/03/05 ... M. ... MA ... S. Currency ... elani ... ABAMA ... S. Currency ... 2b/05 ... Money ... stern Union ... 32-1200 08- ... United States ... er Nos ... 2870950222 ... 1935089468 ... mingham ... Currency ... man ... S. Currency ... onio ... ABAMA ... Currency ... NMN ... FORNIA ... Silverado ... CA ... 1500 ... er, CA, Del ... Cesar ... AKA Padilla

1925 Dollar; (1) 1926 Dollar; (1) 1880 Dollar; (1) 1886 Dollar; (1) 1997 Dollar; (1) 1852 2.5 $ Gold; (1) 1921 Dollar; (2) 1922 Dollars; (1) 1890 Dollar; (1) 1892 Dollar; (1) 1923 Dollar; (1) 1925 Dollar; (1) 2 Coins; (1) 1911-D Dime; (1) 1954-D Half Dollar; (1) 1944-D Dime; (1) 1940 Dime; (1) 1922 Dollar; (1) 1926 Dollar; (1) 1944 Dime; (1) 1997 Proof Set; (1) 1997 Proof Set; (1) 1986 Proof Set; (1) 1986 Proof Set; (1) 1995 Proof Set; (1) 1996 Proof Set; (1) 1987 Proof Set; (1) Cent Rolls; (1) Cent Rolls; (1) Half Dollars and Dollars; (1) Misc. Coin Collection; (1) 1964 50 cent piece; (1) 1964-D Half Dollars; (1) 3 Buffalo Nickels; (1) Roll 1964 50 cent pieces; (1) Silver Dollars; (1) partial roll 1998 Silver Eagles; (1) Roll 2000 Silver Eagles; (1) Roll 1997 Silver Eagles; (1) partial roll (19) Silver Eagles; (1) 5 Rolls - Dimes; (1) 3 Quarter Rolls; (1) 1964 Mint Set; (1) Silver Bar; (1) Silver Bar; (1) 10 Silver Eagles and Cents, Fort Collins, CO, Lautenschlager, Dennis, 09/14/05

**05-DEA-457372**, 2001 Mitsubishi Eclipse GT 4A3AC54H01E163767, Fort Collins, CO, Lautenschlager, Dennis, 09/14/05

**05-DEA-457411**, $6,033.00 U.S. Currency, Thornton, CO, Carlson, Steven, 09/09/05

**05-DEA-457414**, $2,421.00 U.S. Currency, Adams County, CO, Medina, Jeremiah, 09/09/05

**05-DEA-457471**, $80,830.00 U.S. Currency, Grand Junction, CO, Renteria-Bravo, Israel, 09/22/05

**MIDDLE DISTRICT OF FLORIDA**

**05-DEA-445756**, $5,060.00 U.S. Currency, Wildwood, FL, Uriarte Jr, Prudencio, 11/22/04

**05-DEA-445941**, $2,100.00 U.S. Currency, Wildwood, FL, Gutierrez, Jose Luis, 11/22/04

**05-DEA-445962**, $4,052.00 U.S. Currency, Wildwood, FL, Cruz, Rodolfo, 11/22/04

**05-DEA-457700**, $7,179.49 U.S. Currency, Orlando, FL, Edwards, Otis Meenard, 09/16/05

**05-DEA-457705**, $2,300.00 U.S. Currency, Cocoa, FL, Perdlick Jr, Ricky Jerome, 09/16/05

**05-DEA-457707**, $2,001.00 U.S. Currency, Cocoa, FL, Smith, Michael Joseph, 09/16/05

**05-DEA-457716**, $2,071.00 U.S. Currency, Hawthorne, FL, George, Mitchell Lamar and Craig, Mikel Alemin, 09/23/05

**05-DEA-457776**, $3,059.00 U.S. Currency, Dade City, FL, Sanchez, Jose Luis, 09/28/05

**NORTHERN DISTRICT OF FLORIDA**

**05-DEA-457235**, $22,000.00 U.S. Currency, Jay, FL, Hudgens IV, Samuel Ellison, 09/10/05

**05-DEA-457544**, $5,194.00 U.S. Currency, Gainesville, FL, Presley, Chauncey Laquinte, 09/20/05

**SOUTHERN DISTRICT OF FLORIDA**

**05-DEA-457688**, $50,000.00 U.S. Currency, Fort Lauderdale, FL, Zapeta-Zapeta, Pedro Mariano, 09/18/05

**05-DEA-457748**, $12,774.00 U.S. Currency, Fort Lauderdale, FL, Hoskins, Dwayne Bernard, 09/14/05

**MIDDLE DISTRICT OF GEORGIA**

**05-DEA-457734**, $5,820.00 U.S. Currency, Milledgeville, GA, Parks, Shirley Ann, 09/15/05

**05-DEA-457759**, $17,000.00 U.S. Currency, Pinehurst, GA, Assoad, Fadi E. and Sadek, Joseph, 09/19/05

**NORTHERN DISTRICT OF GEORGIA**

**05-DEA-457519**, $16,500.00 U.S. Currency, Atlanta, GA, Franklin, Terrance Dantc AKA Parchment, Paul, 09/26/05

**05-DEA-457546**, 2003 H2 Hummer, 5GRGN23U13H145305, Lilburn, GA, Mosley, Cedric Thaddeus and Borja-Pinaula, Felicia, 09/20/05

**05-DEA-457589**, Assorted Electronic Equipment, VL: $7,063.90, (1) Sony K Computer with case, Ser No 00040-574-278-106; (1) Sony S Computer with case, Ser No 00043-605-527-424; (1) HP Portable Printer, Ser No 5G4B5310KC; (1) Garmin GPS/Palm Pilot, Ser No 90204140; (1) Garmin GPS/Palm Pilot, Ser No 91494461; (1) Garmin GPS/Palm Pilot, Ser No 67309183; (2) Microsoft Map Point 2004; (1) Nextel Tracking Cellular, Ser No 919YFE0X7N; (1) Nextel Tracking Cellular, Ser No 364YFE06HS; (3) P-SD1G Memory Card - 1GB, Duluth, GA, Anderson, Robert Dean, 09/19/05

**05-DEA-457779**, $12,345.00 U.S. Currency, Snellville, GA, Lucas, Darrexter Oliver, 10/03/05

**SOUTHERN DISTRICT OF GEORGIA**

**05-DEA-457587**, $9,800.00 U.S. Currency, Hephzibah, GA, Jones, Clifford Lamont and Price, Deanna Nicole, 09/20/05

**DISTRICT OF HAWAII**

**05-DEA-457075**, Sony 42" Wega Television, VL: $5,499.99, Ser No S01-2316074-[illegible]

Bernatsky, Ivan and Billet, Steven and Richter, Brian and Greenwood, Scott and Dickherber, Savanna, 09/07/05

**05-DEA-457458**, $500.00 U.S. Currency, St Charles, MO, Bernatsky, Ivan, 09/07/05

**05-DEA-457473**, $2,100.00 U.S. Currency, St Charles, MO, Greenwood, Scott, 09/07/05

**05-DEA-457490**, 1997 Landrover Discovery, SALJY1247VA516260, Richmond Heights, MO, Spink, Sarah, 09/04/05

**05-DEA-457493**, $1,900.00 U.S. Currency, St Charles, MO, Packard, Austin and Bernatsky, Ivan and Billet, Steven and Richter, Brian and Greenwood, Scott and Dickherber, Savanna, 09/07/05

**05-DEA-457793**, $10,290.00 U.S. Currency, Rolla, MO, Papadakos, Peter John, 08/22/05

**SOUTHERN DISTRICT OF MISSISSIPPI**

**05-DEA-457468**, $50,200.00 U.S. Currency, Biloxi, MS, Reyes, Williams Joel and Alvarado, Pablo, 08/23/05

**EASTERN DISTRICT OF NORTH CAROLINA**

**05-DEA-457460**, $6,975.00 U.S. Currency, Chadbourn, NC, Mason, Frank Lorenzo, 09/15/05

**05-DEA-457530**, 1998 Nissan Altima 1N4DL01D3WC109155, Henderson, NC, Townsend, Brett Francis, 09/28/05

**05-DEA-457763**, $54,500.00 U.S. Currency, Benson, NC, Ortiz, Freedi Victor, 08/25/05

**05-DEA-457782**, $3,720.00 U.S. Currency, Creedmoor, NC, Cooley, Ray Antonio, 09/30/05

**05-DEA-458360**, $3,998.00 U.S. Currency, Fayetteville, NC, Colantuono, Alisha Roxanne, 08/23/05

**05-DEA-458363**, $2,000.00 U.S. Currency, Fayetteville, NC, Hanson, Thomas Edward, 08/23/05

**05-DEA-458364**, 2003 Dodge Ram 1500, 1D7HU18N73S161859, Fayetteville, NC, Hanson, Thomas Edward, 08/23/05

**05-DEA-458367**, $8,800.00 U.S. Currency, Hope Mills, NC, Hanson, Roy Roger and Hanson, Linda Dean, 08/23/05

**MIDDLE DISTRICT OF NORTH CAROLINA**

**05-DEA-457463**, $10,500.00 U.S. Currency, Archdale, NC, Henderson, Michael Edward, 09/23/05

**05-DEA-457541**, $19,900.00 U.S. Currency, Lexington, NC, Virrueto-Garcia, Luis Antonio, 09/26/05

**05-DEA-457589**, 1997 Honda Accord, 1HGCD7205VA010078, Lexington, NC, Virruelo-Garcia, Luis Antonio, 09/26/05

**05-DEA-457609**, 1994 BMW 740i, WBAGD8324RDE92164, Clemmons, NC, Ponaloza-Millan, Juan Manuel, 09/28/05

**05-DEA-457657**, $3,000.30 U.S. Currency, Greensboro, NC, Holbrook, Michele Denise, 09/16/05

**05-DEA-457669**, $27,580.00 U.S. Currency, Greensboro, NC, Stallings, Darryl, 09/29/05

**05-DEA-457670**, 1995 Harley-Davidson, 1HD1BPL17SY018591, Lexington, NC, Seamon, Donnie Ray, 09/23/05

**05-DEA-457674**, 1998 Pontiac Firebird Trans Am, 2G2FV22G0W2211110, Lexington, NC, Seamon, Donnie Ray, 09/23/05

**05-DEA-457692**, 2000 Mercedes-Benz CLK320, WDBLJ65G2YF157555, Greensboro, NC, Stallings, Darryl, 09/29/05

**05-DEA-457711**, 1969 Chevrolet Camaro Dragster, 124379N642254, Lexington, NC, Seamon, Donnie Ray, 09/23/05

**05-DEA-457715**, 1960's Chevrolet Corvette Dragster, Vin# None, Lexington, NC, Seamon, Donnie Ray, 09/23/05

**05-DEA-457717**, Bobcat Tractor/Loader, Ser No 512811656, Lexington, NC, Seamon, Donnie Ray, 09/23/05

**DISTRICT OF NEBRASKA**

**05-DEA-457319**, $8,600.00 U.S. Currency, Omaha, NE, Beltran-Gonzalez, Ruberto, 09/20/05

**05-DEA-457322**, $7,000.00 U.S. Currency, Omaha, NE, Soto, Javier, 09/20/05

**05-DEA-457375**, 1994 Ford F-150, 1FTEF15N6RLA43042, Allen, NE, Gullen, Yesenia, 09/20/05

**05-DEA-457410**, $25,650.00 U.S. Currency, Hamilton County, NE, Elma, Michael and Lyons, Kevin, 09/21/05

**05-DEA-457413**, $3,077.00 U.S. Currency, Hamilton County, NE, Elma, Michael, 09/21/05

**DISTRICT OF NEW JERSEY**

**05-DEA-457859**, 2004 Big Dog Customized Chopper Motorcycle, 5J11TBJ1X4C003490, Collingswood, NJ, Dean, Isaac, 09/27/05

**05-DEA-457944**, $5,087.00 U.S. Currency, Collingswood, NJ, Dean, Isaac, 09/27/05

**DISTRICT OF NEW MEXICO**

**05-DEA-456958**, 1993 Chevrolet Pick-Up, 2GCEK19K1P1150117, Santa Fe, NM, Fitzgerald, Eileen, 08/25/05

**05-DEA-457643**, $5,000.00 U.S. Currency, [illegible]

**05-DEA-457440**, $1,380.00 U.S. Currency, Waukesha, WI, Cutts, Thomas, 09/26/05

**WESTERN DISTRICT OF WISCONSIN**

**05-DEA-457452**, $5,370.00 U.S. Currency, La Crosse, WI, Loomis, Joseph P., 09/23/05

**05-DEA-457455**, $5,120.00 U.S. Currency, Madison, WI, Lehr, Jason E., 09/22/05

**NORTHERN DISTRICT OF WEST VIRGINIA**

**05-DEA-457807**, $1,279.00 U.S. Currency, Wheeling, WV, Hunt, Chante Ayon, 09/16/05

**05-DEA-457809**, $1,390.00 U.S. Currency, Wheeling, WV, Tugg, Johnny Lee, 09/16/05

**THIRD NOTICE**
**LAST DATE TO FILE**
**DECEMBER 14, 2005**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**MIDDLE DISTRICT OF ALABAMA**

**05-DEA-456576**, $513,130.00 U.S. Currency, Montgomery, AL, Alcaraz-Barajas, Enrique, 08/29/05

**05-DEA-457192**, $32,863.00 U.S. Currency, Montgomery, AL, Acosta-Vazquez, Luis F AKA Lopez, Julio, 09/12/05

**EASTERN DISTRICT OF ARKANSAS**

**05-DEA-449568**, $200.00 U.S. Currency, Little Rock, AR, Gastelum, Benito, 03/16/05

**DISTRICT OF ARIZONA**

**05-DEA-457016**, 2000 Honda Accord, JHMCG5649YC009336, Mesa, AZ, Obeso-Hernandez, Adan AKA Louis, 08/13/05

**05-DEA-457201**, 2001 Ford Focus, 1FAFP33P71W377798, Mesa, AZ, Echevarria-Acevez, Jorge Alberto, 08/13/05

**05-DEA-457206**, $8,915.00 U.S. Currency, Mesa, AZ, Obeso-Hernandez, Adan AKA Louis, 08/13/05

**05-DEA-457207**, $4,335.00 U.S. Currency, Mesa, AZ, Obeso-Hernandez, Adan AKA Louis, 08/13/05

**05-DEA-457250**, $50,000.00 U.S. Currency, Phoenix, AZ, Gaytan, Guadalupe Patricia, 09/14/05

**05-DEA-457462**, $61,047.00 U.S. Currency, Phoenix, AZ, Clarke, Kevin, 09/13/05

**05-DEA-457469**, $41,400.00 U.S. Currency, Phoenix, AZ, Francis, Christopher, 09/13/05

**CENTRAL DISTRICT OF CALIFORNIA**

**05-DEA-449133**, $47,780.00 U.S. Currency, Hacienda Heights, CA, Astorga, Mike Pojo, 03/16/05

**05-DEA-452556**, $1,295,090.00 U.S. Currency, Ontario, CA, Hernandez, Oscar Eduardo, 05/19/05

**05-DEA-452557**, 2004 Acura RSX, JH4DC53034S011763, Ontario, CA, Hernandez, Oscar Eduardo, 05/19/05

**05-DEA-456783**, $2,661.00 U.S. Currency and (4) Assorted Money Orders, VL: $3,259.00, (3) Western Union Money Orders, Ser Nos 08-295154125, 08-295154126, 08-295154127; (1) Security Express Money Order, Ser No 51-003-169, Mission Hills, CA, White, Latoya Brayon, 08/16/05

**05-DEA-456812**, 1993 Harley Davidson FLSTF Fat Boy, 1HD1BML07PY040260, San Bernardino, CA, Rodriguez, John Charles, 08/17/05

**05-DEA-456831**, $8,425.00 U.S. Currency, Los Angeles, CA, Perez, Ricardo Martero AKA Marrero, Ricardo, 08/16/05

**05-DEA-456844**, $5,620.00 U.S. Currency, Los Angeles, CA, Maldonado, Wilfredo Rosario, 08/16/05

**05-DEA-457132**, $16,597.00 U.S. Currency, Ontario, CA, Santiago, Juan, 08/30/05

**05-DEA-457166**, $10,990.00 U.S. Currency, Los Angeles, CA, Brooks, Aaron, 09/12/05

**05-DEA-457379**, $21,000.00 U.S. Currency, South Gate, CA, Leon Transmission, 09/21/05

**EASTERN DISTRICT OF CALIFORNIA**

**05-DEA-457131**, EECU Checking & Savings Account #11062358, VL: $25,430.73, Fresno, CA, Schoenstein, Gabriel Jedidiah AKA Schoenstein, Gabe, 09/01/05

**05-DEA-457484**, 2001 Toyota Solara, 2T1CG22P71C520153, Elk Grove, CA, Gonzalez, Jorge Armando, 09/02/05

**NORTHERN DISTRICT OF CALIFORNIA**

**05-DEA-456918**, $13,060.00 U.S. Currency, East Palo Alto, CA, Hill Jr, Larry Darnell, 08/16/05

**SOUTHERN DISTRICT OF CALIFORNIA**

**05-DEA-457023**, $1,525.00 U.S. Currency, Pine Valley, CA, Kasson, Kimberly Kay, 09/14/05

**05-DEA-457080**, $1,375.00 U.S. Currency, Vista, CA, Reed, Christopher, 09/15/05

**05-DEA-457130**, $1,525.00 U.S. Currency, San Diego, CA, Liston, Shane Harker, 09/15/05

**05-DEA-457265**, 1995 Ford Mustang Sedan, 1FALP4046SF234488, San Clemente, CA, Urban-Ortiz, Miguel Angel, 09/16/05

**05-DEA-457399**, 2005 Mercedes Benz [illegible]

**05-DEA-454858**, $1,187.00 U.S. Currency, Greenville, IL, Flenory, Terry Lee AKA Williams, Terry, 07/11/05

**05-DEA-454859**, One 18k White Gold Fancy Link Chain with 18k White Gold Cross, VL: $25,273.00, Greenville, IL, Bivens, Eric Wayne, 07/11/05

**EASTERN DISTRICT OF KENTUCKY**

**05-DEA-457285**, $1,170.00 U.S. Currency, Clay City, KY, Huffman, Leigh Jai AKA Huffman, Leigh Jay AKA Huffman, L. J., 09/07/05

**05-DEA-457304**, Glock Model 23 semi automatic pistol and Magazine with ammunition, Ser No EBY362US, VL: $350.00, Clay City, KY, Huffman, Leigh Jai AKA Huffman, Leigh Jay AKA Huffman, L. J., 09/07/05

**05-DEA-457315**, Taurus Model 44Magnum Revolver and Ammunition, Ser No OJ334162, VL: $200.00; (1) Box of 9mm Ammunition, Ser No N/A; (2) .40 caliber magazines and ammunition; (5) .44 caliber rounds of ammunition, Lexington, KY, Huffman, Leigh Jai AKA Huffman, Leigh Jay AKA Huffman, L. J., 09/07/05

**DISTRICT OF MASSACHUSETTS**

**05-DEA-456459**, $3,109.00 U.S. Currency, Springfield, MA, Samuels, George, 08/27/05

**05-DEA-456478**, $20,000.00 U.S. Currency, Springfield, MA, Samuels, George, 08/27/05

**05-DEA-456492**, $6,123.00 U.S. Currency, West Springfield, MA, Samuels, George, 08/27/05

**05-DEA-456602**, 2004 Nissan Armada, 5N1AA08B14N740066, Springfield, MA, Samuels, George, 08/27/05

**05-DEA-456612**, 2003 Mercedes-Benz CL55, WDBPJ74J03A033156, West Springfield, MA, Samuels, George, 08/27/05

**05-DEA-456625**, One Smith and Wesson Model 686-3, .357 Magnum Revolver, Ser No BNE8314, VL: $320.00, West Springfield, MA, Samuels, George, 08/27/05

**DISTRICT OF MARYLAND**

**05-DEA-456718**, $68,100.00 U.S. Currency, Parkville, MD, Thomas, Mark Anthony AKA Junior, 09/01/05

**05-DEA-456721**, $14,952.00 U.S. Currency, Parkville, MD, Thomas, Mark Anthony AKA Junior, 09/01/05

**05-DEA-457336**, $2,118.00 U.S. Currency, Frostburg, MD, Schneider, Marcy Scott, 09/15/05

**05-DEA-457343**, $3,137.00 U.S. Currency, Salisbury, MD, Roberts, Lamont Kittle, 09/15/05

**05-DEA-457349**, $1,344.00 U.S. Currency, Baltimore, MD, Hoffman, Arthur William AKA Hoffman Jr, Arthur William, 08/26/05

**05-DEA-457350**, $5,576.00 U.S. Currency, Baltimore County, MD, Nugent, Paul Vasciana, 09/19/05

**05-DEA-457351**, $2,048.00 U.S. Currency, Baltimore County, MD, Cross, Kevin, 09/19/05

**05-DEA-457366**, 1992 Lexus SC400, JT8UZ30C4N0008031, Baltimore, MD, Thomas, Keith Meyer, 09/13/05

**05-DEA-457369**, $2,860.00 U.S. Currency, Baltimore, MD, Hoffman, Arthur William AKA Hoffman Jr, Arthur William, 09/07/05

**05-DEA-457438**, Bank Account, Wachovia Bank, Account #2000001704293, VL: $5,648.22, Pikesville, MD, Cotton, Marc A., 08/26/05

**05-DEA-457439**, Bank Account, SSA Baltimore FCU, Account #715432, VL: $1,322.23, Windsor Mill, MD, Cotton, Marc A., 08/31/05

**05-DEA-457542**, $3,103.00 U.S. Currency, Anne Arundel County, MD, Hobbs, Remi Kareem, 09/15/05

**05-DEA-457584**, $3,046.00 U.S. Currency, Baltimore, MD, Perkins, Bernard AKA Perkins, Bernard Lee AKA Perkins, Bernard Xavier, 09/07/05

**05-DEA-457592**, $2,100.00 U.S. Currency, Baltimore, MD, Nelson, Tyrone Hugh, 09/07/05

**EASTERN DISTRICT OF MICHIGAN**

**05-DEA-457172**, $65,938.00 U.S. Currency, Dearborn, MI, Glover, Don Diego-Francisco AKA Robinson, Gerard AKA Robinson, Solomon Gerard, 09/07/05

**05-DEA-457268**, 1994 Chevrolet Express PV Van, 1GBFG15P5K1061361, Detroit, MI, Moss, Kowona Aneka Shavenda, 09/07/05

**05-DEA-457283**, (3) Women's Fur Coats, VL: $5,500.00; (1) Natural Female Pelt Mahogany Mink Stroller; (1) Full Length Natural Mahogany Mink Coat; (1) Natural Ranch Mink Jacket, Redford, MI, Perryman, Elaina Channel, 09/07/05

**05-DEA-457290**, Assorted Jewelry, VL: $18,261.00; (1) Necklace with baseball glove pendant; (1) Necklace with cross pendant; (1) Watch marked [illegible]; (1) women's [illegible]

Ray, 09/15/05

**DISTRICT OF NEVADA**

**05-DEA-457257**, $9,850.00 U.S. Currency, Reno, NV, Ayala Valdivia, Perla Elizabeth, 09/08/05

**05-DEA-457320**, 1998 Dodge Caravan, 1B4GP54L5WB532642, Las Vegas, NV, Romero, Martin Vasquez, 09/07/05

**05-DEA-457321**, 2005 Ford F-250 Truck, 1FTSX21P75EC40328, Las Vegas, NV, Allan, William AKA Allan, Bill, 09/15/05

**05-DEA-457325**, 2004 Yamaha Rhino, 5Y4AM04Y04A0[illegible], Las Vegas, NV, Allan, William AKA Allan, Bill, 09/15/05

**05-DEA-457327**, $8,015.00 U.S. Currency, Las Vegas, NV, Allan, William AKA Allan, Bill, 09/15/05

**EASTERN DISTRICT OF NEW YORK**

**05-DEA-457211**, $6,105.00 U.S. Currency, East Islip, NY, Williams, Bryan E., 09/13/05

**05-DEA-457402**, 1998 Audi A4 2.8 Quattro Sedan, WAUED28D8WA069364, Brooklyn, NY, Nykian, Joseph, 09/13/05

**05-DEA-457579**, $2,785.00 U.S. Currency, Brentwood, NY, Morris-Hill, David AKA Morrishill, David, 09/02/05

**NORTHERN DISTRICT OF NEW YORK**

**05-DEA-457194**, $2,184.00 U.S. Currency, Schenectady, NY, Phillips, Phil, 09/08/05

**SOUTHERN DISTRICT OF NEW YORK**

**05-DEA-457186**, $2,298.00 U.S. Currency, Bronx, NY, Acevedo, Michael, 09/[illegible]/05

**05-DEA-457472**, $9,714.00 U.S. Currency, New York, NY, Guzman, Edward, 09/01/05

**05-DEA-457518**, $4,360.00 U.S. Currency, South Nyack, NY, Anderson, James, 08/31/05

**WESTERN DISTRICT OF NEW YORK**

**05-DEA-457355**, $9,022.00 U.S. Currency, Lancaster, NY, Roetzer, Thomas J., 09/10/05

**WESTERN DISTRICT OF OKLAHOMA**

**05-DEA-457406**, 1993 Ford F-250, 1FTNW21F4XEE61817, Oklahoma City, OK, Chavez-Barrios, Edgar, 09/14/05

**DISTRICT OF OREGON**

**05-DEA-457255**, Assorted Weapons, VL: $226.00; (1) Smith and Wesson 9mm SW9VE, Ser No PBH0102; (1) Unknown Make and Model 7.62X39mm MISR Receiver Made By Maad Egypt, Ser No CAI 03276, Brightwood, OR, Castro-Lopez, Jose, 08/25/05

**05-DEA-457346**, Assorted Weapons, VL: $2.00; (1) Remington shotgun, 12 gauge caliber, blue steel with wooden stock, Ser No A9202300; (1) Lorcin handgun, 9mm caliber, stainless side with black receiver, Ser No LT15865, Perry Springs, OR, Mesa-Fernandez, Jose and Mesa-Fernandez, Peynalto, 09/14/05

**EASTERN DISTRICT OF PENNSYLVANIA**

**05-DEA-457461**, 1991 Acura NSX Sport Coupe, JH4NA1156MT00[illegible], Philadelphia, PA, Bao, Sang, 09/13/05

**MIDDLE DISTRICT OF PENNSYLVANIA**

**05-DEA-457510**, 2004 Chrysler Pacifica, 2C8GF68474R291341, Newville, PA, Williamson, Jennifer, 09/24/05

**05-DEA-457565**, $186,490.00 U.S. Currency, Newville, PA, Williamson, Jennifer, 09/24/05

**05-DEA-457661**, Gents Diamond 14k Gold Bracelet, VL: $5,805.00, Highspire, PA, Sevilla, Eduardo AKA Medina, Miguel, 09/07/05

**DISTRICT OF RHODE ISLAND**

**05-DEA-456796**, Assorted Jewelry, VL: $39,974.00, Providence, RI, Santos, Rafael, 09/08/05

**05-DEA-456799**, 1997 Mercedes Benz E320, WDBJF20F1VA373179, Providence, RI, Santos, Rafael, 09/08/05

**EASTERN DISTRICT OF TENNESSEE**

**05-DEA-457453**, $3,325.00 U.S. Currency, East Ridge, TN, Anderson, Dennis, 09/01/05

**MIDDLE DISTRICT OF TENNESSEE**

**05-DEA-457516**, $46,303.00 U.S. Currency, Sparta, TN, Boatwright, William Larry and Bussard, Linda Marie, 09/21/05

**NORTHERN DISTRICT OF TEXAS**

**05-DEA-457572**, $15,100.00 U.S. Currency, Dallas, TX, Hernandez Cortez, Efrain, 09/20/05

**SOUTHERN DISTRICT OF TEXAS**

**05-DEA-456805**, 2005 Jaguar "S" Type Sedan, SAJWA03V51N16889, Laredo, TX, Aguilar, Nora, 08/29/05

**05-DEA-456895**, (12) U.S.P.S. Money Orders, VL: $6,000.00, Ser Nos 07176919701, 07179201245, 07179201234, 07176993493, 07176991780, 07175951486, 07576517025, 07576610556, 07176990365, 07576610545, 07176699025, 07137695171, Brazoria, TX, Felts, Kevin Clay AKA Felts, Sonny AKA Milan, Neil AKA Hawkes, Alan, 09/31/05

**05-DEA-456947**, $126,113.58 U.S. Currency, Brazoria, TX, Felts, Kevin Clay AKA Felts, Sonny AKA Milan, Neil AKA Hawkes, Alan, 09/31/05

0573



## U.S. DEPARTMENT OF JUSTICE
## DRUG ENFORCEMENT ADMINISTRATION

Mr. Enrique Alcaraz-Barajas, Prisoner ID No. NONE
Montgomery City Jail
301 North Ripley Street
Montgomery, AL 36104

| | |
|---|---|
| Asset Id: | 05-DEA-456576 |
| Case Number: | KI-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | 08/29/05 |
| Seizure Place: | Montgomery, AL |
| Owner Name: | Alcaraz-Barajas, Enrique |
| Seized From: | Alcaraz-Barajas, Enrique |
| Judicial District: | Middle District of Alabama |

NOTICE MAILING DATE: November 29, 2005

### NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

### TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your

interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

### TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **January 3, 2006.** The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f),

release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

### WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER MEANS WILL NOT BE ACCEPTED. The Asset Id referenced above should be used with all submissions. include the Asset ID may cause a delay in processing your submission(s).

**EXHIBIT**

8

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Asset ID: 05-DEA-456576
Mr. Enrique Alcaraz-Barajas,
Prisoner ID No. NONE
Montgomery City Jail
301 North Ripley Street
Montgomery, AL 36104

$K \cdot I$

05-456576-005

2

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

$X \cdot J$

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7005 0390 0000 9053 0573    845

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



7005 0390 0000 9053 0573

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

EXHIBIT
9

'566

**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Mr. Enrique Alcaraz-Barajas
c/o Jerome C. Carter
401 Church Street
Mobile, AL 36602

| | |
|---|---|
| Asset Id: | 05-DEA-456576 |
| Case Number: | KI-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | 08/29/05 |
| Seizure Place: | Montgomery, AL |
| Owner Name: | Alcaraz-Barajas, Enrique |
| Seized From: | Alcaraz-Barajas, Enrique |
| Judicial District: | Middle District of Alabama |

**NOTICE MAILING DATE:** November 29, 2005

### NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above. Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

### TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

### TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do ..., you must file a claim with the Forfeiture Counsel of the DEA by **January 3, 2006**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities, and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

### WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475.** Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, **Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301.** A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY [...] FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTH[...] MEANS WILL NOT BE ACCEPTED. The Asset Id referenced above should be used with all submission[...] include the Asset ID may cause a delay in processing your submission(s).

**EXHIBIT**

10



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X D. Graves  ☐ Agent  ☐ Addressee <br> B. Received by (Printed Name)    C. Date of Delivery  12 15 05 |
| 1. Asset ID: 05-DEA-456576 <br> Mr. Enrique Alcaraz-Barajas <br> c/o Jerome C. Carter <br> 401 Church Street <br> Mobile, AL  36602     K I | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br> X. J |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 05-456576-004 | 3. Service Type <br> ☑ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☑ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2.  7005 0390 0000 9053 0566 | 8/5 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

7005 0390 0000 9053 0566

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

PS Form 3800, June 2002    See Reverse for Instructions



EXHIBIT

11

05497

## U.S. DEPARTMENT OF JUSTICE
## DRUG ENFORCEMENT ADMINISTRATION

| | |
|---|---|
| Asset Id: | 05-DEA-456576 |
| Case Number: | KI-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | 08/29/05 |
| Seizure Place: | Montgomery, AL |
| Owner Name: | Alcaraz-Barajas, Enrique |
| Seized From: | Alcaraz-Barajas, Enrique |
| Judicial District: | Middle District of Alabama |

Mr. Guillermo Mario Martinez
2414 North Tustin Ave.
Apt. #13
Santa Ana, CA 92705

NOTICE MAILING DATE: November 29, 2005

### NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

### TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (**pardon**) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (**30**) days of your receipt of this notice. The petition must include proof of your

interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

### TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **January 3, 2006**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title ., U.S.C., Section 983(a)(2)(C)). A frivolous claim may bject the claimant to a civil fine in an amount equal to ten (0) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f),

release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

### WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475.** Correspondence sent via private delivery must be sent to **Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED B[?] FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OT[?] MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissio[?] include the Asset ID may cause a delay in processing your submission(s).

**EXHIBIT**

12

Forfeiture Counsel
Asset Forfeiture Section, OMA
Drug Enforcement Administration
HQS Forfeiture Response
P.O. Box 1475
Quantico, VA 22134-1475

TO SENDER:
INSUFFICIENT
ADDRESS

Mr. Guillermo Mario Martinez
2414 North Tustin Ave.
Apt. #13
Santa Ana, CA 92705

7005 0390 0000 9053 0597

CERTIFIED MAIL

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7005 0390 0000 9053 0597

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002

EXHIBIT
13

6580

## U.S. DEPARTMENT OF JUSTICE
## DRUG ENFORCEMENT ADMINISTRATION

| | |
|---|---|
| Asset Id: | 05-DEA-456576 |
| Case Number: | K1-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | 08/29/05 |
| Seizure Place: | Montgomery, AL |
| Owner Name: | Alcaraz-Barajas, Enrique |
| Seized From: | Alcaraz-Barajas, Enrique |
| Judicial District: | Middle District of Alabama |

Esther A. Sandoval
1136 West McFadden Ave.
Santa Ana, CA 92707

**NOTICE MAILING DATE:** November 29, 2005

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your

interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **January 3, 2006.** The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f),

release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475.** Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER MEANS WILL NOT BE ACCEPTED. The Asset Id referenced above should be used with all submission[s] include the Asset ID may cause a delay in processing your submission(s).

EXHIBIT

14



Forfeiture Counsel
Asset Forfeiture Section, CMA
Drug Enforcement Administration
HQS Forfeiture Response
P.O. Box 1475
Quantico, VA  22134-1475

Esther A. Stanford
1136 West McFadden Ave.
Santa Ana, CA  92707

7005 0390 0000 9053 0580

**CERTIFIED MAIL**

FEB 6 - 2006

EXHIBIT

15

## NOTICE OF CLAIM
### Of
### MR. ENRIQUE ALCARAZ-BARAJAS

| | |
|---|---|
| Asset ID: | **05-DEA-456576** |
| Case Number: | KI-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | August 29, 2005 |
| Seizure Place: | Montgomery, Alabama |
| Owner Name: | ENRIQUE ALCARAZ-BARAJAS |
| Seized From: | ENRIQUE ALCARAZ-BARAJAS |
| Federal District: | Middle District of Alabama |

Comes Now **ENRIQUE ALCARAZ-BARAJAS** and files this notice of claim on seized U.S. Currency in the above referenced matter and states the claim as follows:

That late July 2005, I noticed a black plastic garbage bag near a pond outside a Hampton Inn in Tampa, Florida. Believing it to be abandoned, I moved the bag to some bushes outside the hotel. The next day, I looked inside to find bundles of U.S. currency. I made arrangements to secure the money in safe deposit boxes at a Tampa bank.

The money was later seized by Alabama State Troopers after a traffic stop in Montgomery, Alabama. When asked about the money I explained to the officers that I found the money. Upon additional interrogation, I was charged with impersonating a U.S. citizen. A complete search of the vehicle was completed without incident.

I did not file a report with the local police or attempt to locate the owner of the lost money. I was unsure of the process of staking a claim in relation to the currency, but would have if I had known there was a process for doing so.

I now, under oath and in fear of perjury, claim my interest in the money as finder of lost currency. I will waive any interest to the true and rightful owner should one come forward with proof of a superior claim.

Signed this 29 day of December, 2005.

*Enrique Alcaraz B*
ENRIQUE ALCARAZ-BARAJAS

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

I, the undersigned Notary Public in and for said State and County, hereby certify that **ENRIQUE ALCARAZ-BARAJAS**, whose name is signed to the foregoing claim, and who is known to me, acknowledged before me on this day, that being informed of the contents of the claim, he executed the same voluntarily on the day the same bears date.

Sworn to and subscribed before me on this the 29 day of December, 2005.

_____
Notary Public, State at Large
My commission expires: _____

Notary Public State of Alabama at Large
My Commission Expires 6/9/07

**EXHIBIT**
16

**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Mr. Enrique Alcaraz-Barajas
c/o Jerome C. Carter
401 Church Street
Mobile, AL 36602

| | |
|---|---|
| Asset Id: | 05-DEA-456576 |
| Case Number: | KI-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | 08/29/05 |
| Seizure Place: | Montgomery, AL |
| Owner Name: | Alcaraz-Barajas, Enrique |
| Seized From: | Alcaraz-Barajas, Enrique |
| Judicial District: | Middle District of Alabama |

**NOTICE MAILING DATE:** November 29, 2005

**NOTICE OF SEIZURE**

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

**TO REQUEST REMISSION OR MITIGATION OF FORFEITURE**

If you want to request the remission (**pardon**) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (**30**) days of your receipt of this notice. The petition must include proof of your

interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

**TO CONTEST THE FORFEITURE**

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **January 3, 2006**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f),

release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

**WHERE TO FILE CORRESPONDENCE**

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475.** Correspondence sent via private delivery must be sent to **Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301.** A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset Id referenced above should be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).



EXHIBIT

17

**Before the Drug Enforcement Administration**

**In the Matter of:**

$543,190 U.S. Currency
Asset ID# 05-DEA-456576
Case #: KI-05-0058

ASSET FORFEITURE, DOA
2006 JAN -4 PM 1:49

<u>CLAIM</u>

   Before me the undersigned authority came Enriqu Alcaraz-Barajas, who under oath gives the

following statement.

  1.  My name is Enriqu Alcaraz-Barajas. I make this claim pursuant to Rule C (6) of the

    Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of

    Civil Procedure, for any interest in **$543,190 U.S. Currency**, Identification Number **05-**

    **DEA-456576**, made subject of this action for the forfeiture pursuant to Title 18, Unites

    States Code (U.S.C.) Section 983 (a)(2), and/or Title 21, United States code (U.S.C.)

    Section 881 (a)(6) and/or Title 28, United States Code (U.S.C.) Sections 1345 and 1355.

  2.  On the date of seizure a total of **$543,190 U.S. Currency** was taken, which I hereby claim.

  3.  I am entitled to the lawful possession of said property, because I lawfully possessed said

    property at the time of seizure and I lawfully own an interest in same.

  **DATED this the 22ⁿᵈ day of December, 2005.**

                         Enriqu Alcaraz-Barajas

**STATE OF ALABAMA**       )

**MONTGOMERY COUNTY**    )

   Before me the undersigned authority, a Notary Public for the State at Large, personally appeared

**Enriqu Alcaraz-Barajas**, who is known to me and who by me first duly sworn, deposes and says that the

above statements are true and correct to the best of his knowledge and belief, and that he makes the above

statements subject to the penalty of perjury.

   SWORN to and SUBSCRIBED before me this the 22ⁿᵈ day of December, 2005.

                         Enriqu Alcaraz-Barajas

                         Notary Public

         My commission expires on 01-30-07

**EXHIBIT**

18

LAW OFFICES
OF
BRUCE MADDOX
6728 TAYLOR COURT
MONTGOMERY, ALABAMA 36117

Forfeiture Counsel, Asset Forfeiture Section
Office of Operations Management
Drug Enforcement Administration
Hqs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

EXHIBIT

19



PRESS HARD. *YOU ARE MAKING 3 COPIES.*

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

ORIGIN (POSTAL SERVICE USE ONLY)

FOR PICKUP OR TRACKING
Visit **WWW.USPS.COM**
Call **1-800-222-1811**

FROM: (PLEASE PRINT)     PHONE (   )

UNITED STATES POSTAL SERVICE®
EXPRESS MAIL

CUSTOMER USE ONLY

DELIVERY (POSTAL USE ONLY)

Post Office To Addressee

Addressee Copy

TO: (PLEASE PRINT)     PHONE (   )

U.S. POSTAGE
PAID

$13.65

EXPRESS MAIL
POSTAGE REQ
DOMESTIC USE

# Memorandum



| Subject | Date |
|---|---|
| JUDICIAL REFERRAL OF SEIZED ASSET(S) OR REFERRAL OF SUPPLEMENTAL INFORMATION | 'JAN 1 8 2006 |

| To | From |
|---|---|
| United States Attorney<br>ATTN: __X__    Chief, Civil Division<br>_____    Chief, Criminal Division | Asset Forfeiture Section, OMA<br>Office of Operations Management<br>Drug Enforcement Administration |

**Claims received by DEA on: January 3, 2006**

| ASSET ID NUMBER | CASE NUMBER | PROPERTY DESCRIPTION |
|---|---|---|
| 05-DEA-456576 | KI-05-0058 | $543,190.00 U.S. Currency |
| **JUDICIAL DISTRICT:** | Middle District of Alabama | |

The properties identified above have been seized by the DEA. Information regarding these seizures may have been received from the local DEA office. Your office is hereby requested to initiate JUDICIAL FORFEITURE PROCEEDINGS against these seized properties.

The attached Standard Seizure Form (SSF) printouts contain a probable cause statement, identifies the potential claimants, the estimated value and present location of the seized properties. The SSF printouts also identify the DEA Special Agent who can provide detailed investigative records necessary for the filing of a verified Complaint.

The paragraph(s) checked below apply to these seizures:

_____    The value of the seized property exceeds $500,000.00 and/or is real property or a Complaint has been filed on the seized property.

_    We have been advised by the local DEA office that this property has been included in an Indictment seeking forfeiture under 18 U.S.C. §982, 19 U.S.C. §1963 or 21 U.S.C. §853.

XX    The value of the seized property is less than $500,000.00, is a monetary instrument or is a conveyance used to facilitate drug trafficking and a timely claim was filed after the service of notice and advertisement of the seizure.

_____ A Hardship Release of Property Request was        granted / __ denied on __.

> **EXHIBIT**
>
> babbies    20

2

_____ The attached petition(s) was received. Your attention is directed to 28 C.F.R. §9.4
regarding procedures relating to petitions for judicial forfeitures.

_____ This seizure was referred to your office on _____ because the aggregate value
of the seized property exceeded $500,000.00 and/or a Complaint was filed on the seized
property. DEA has received the attached timely claim.

_____ Other: _____

On __, (Civil Number _____), the above-described property was referred to your office to
initiate judicial forfeiture proceedings because the property was either (a) valued less than $500,000.00 and a
timely claim was filed, (b) real property or (c) valued at $500,000.00 or greater. DEA has received
**supplemental** information or documents relative to this matter. The paragraph(s) checked below refer
specifically to this forfeiture action:

_____ A petition for remission and/or mitigation was received from a **violator** involved in the criminal
investigation which led to this seizure. No petition investigation has been ordered and the petition
is attached for your consideration. DEA recommends that the petition be **denied**.

_____ A petition for remission and/or mitigation was received from the **registered owner or third
party** and the appropriate local DEA office has been directed to conduct a petition investigation.
**The results will be forwarded by the local DEA office conducting the investigation.**

_____ A petition for remission and/or mitigation was received from a **lienholder**. No petition
investigation has been ordered and the petition is attached for your consideration.
DEA recommends that the petition be granted.

_____ Other: _____

It is requested that copies of the following documents, as they are filed and/or entered in this matter, be
forwarded to the **Divisional Drug Enforcement Administration office listed below***: (1) Complaints (2)
Dismissal Orders, (3) Stipulations or Orders of Interlocutory Sale and (4) all Forfeiture Orders, partial or
Final. Telephone inquires are to be directed to the DEA/Headquarters, Asset Forfeiture Section at (202)
307-8555. All correspondence should refer to the asset identifier and case numbers noted above.

Attachment(s)

cc: **\*DEA Asset Removal Group**
    **ATTN: Group Supervisor Robert B. Pumphrey**
    **DEA:  New Orleans Divisional Office**

**USAO.CLAIM.REFERRAL  (AUG. 02)**                    BY:  **NAM** AD CODE #: 842

## NOTICE OF CLAIM
### Of
## MR. ENRIQUE ALCARAZ-BARAJAS

| | |
|---|---|
| Asset ID: | **05-DEA-456576** |
| Case Number: | KI-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | August 29, 2005 |
| Seizure Place: | Montgomery, Alabama |
| Owner Name: | ENRIQUE ALCARAZ-BARAJAS |
| Seized From: | ENRIQUE ALCARAZ-BARAJAS |
| Federal District: | Middle District of Alabama |

Comes Now **ENRIQUE ALCARAZ-BARAJAS** and files this notice of claim on seized U.S. Currency in the above referenced matter and states the claim as follows:

That late July 2005, I noticed a black plastic garbage bag near a pond outside a Hampton Inn in Tampa, Florida. Believing it to be abandoned, I moved the bag to some bushes outside the hotel. The next day, I looked inside to find bundles of U.S. currency. I made arrangements to secure the money in safe deposit boxes at a Tampa bank.

The money was later seized by Alabama State Troopers after a traffic stop in Montgomery, Alabama. When asked about the money I explained to the officers that I found the money. Upon additional interrogation, I was charged with impersonating a U.S. citizen. A complete search of the vehicle was completed without incident.

I did not file a report with the local police or attempt to locate the owner of the lost money. I was unsure of the process of staking a claim in relation to the currency, but would have if I had known there was a process for doing so.

I now, under oath and in fear of perjury, claim my interest in the money as finder of lost currency. I will waive any interest to the true and rightful owner should one come forward with proof of a superior claim.

Signed this 29 day of December, 2005.

_Enrique Alcaraz B_
ENRIQUE ALCARAZ-BARAJAS

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

I, the undersigned Notary Public in and for said State and County, hereby certify that **ENRIQUE ALCARAZ-BARAJAS**, whose name is signed to the foregoing claim, and who is known to me, acknowledged before me on this day, that being informed of the contents of the claim, he executed the same voluntarily on the day the same bears date.

Sworn to and subscribed before me on this the 29 day of December, 2005.

_[signature]_
Notary Public, State at Large
My commission expires: _____

Notary Public State of Alabama at Large
My Commission Expires 6/9/07



**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

| | |
|---|---|
| Asset Id: | 05-DEA-456576 |
| Case Number: | KJ-05-0058 |
| Property: | $543,190.00 U.S. Currency |
| Asset Value: | $543,190.00 |
| Seizure Date: | 08/29/05 |
| Seizure Place: | Montgomery, AL |
| Owner Name: | Alcaraz-Barajas, Enrique |
| Seized From: | Alcaraz-Barajas, Enrique |
| Judicial District: | Middle District of Alabama |

Mr. Enrique Alcaraz-Barajas
c/o Jerome C. Carter
401 Church Street
Mobile, AL 36602

NOTICE MAILING DATE: November 29, 2005

### NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. You should review the following procedures very carefully.

### TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (**pardon**) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (**30**) days of your receipt of this notice. The petition must include proof of your

interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

### TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **January 3, 2006**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f),

release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

### WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset Id referenced above should be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).

**Before the Drug Enforcement Administration**

**In the Matter of:**

$543,190 U.S. Currency
Asset ID# 05-DEA-456576
Case #: KI-05-0058

ASSET FORFEITURE. DOA
2006 JAN -4  PM 1: 49

### CLAIM

Before me the undersigned authority came Enriqu Alcaraz-Barajas, who under oath gives the following statement.

1.      My name is Enriqu Alcaraz-Barajas. I make this claim pursuant to Rule C (6) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for any interest in **$543,190 U.S. Currency**, Identification Number **05-DEA-456576**, made subject of this action for the forfeiture pursuant to Title 18, Unites States Code (U.S.C.) Section 983 (a)(2), and/or Title 21, United States code (U.S.C.) Section 881 (a)(6) and/or Title 28, United States Code (U.S.C.) Sections 1345 and 1355.

2.      On the date of seizure a total of **$543,190 U.S. Currency** was taken, which I hereby claim.

3.      I am entitled to the lawful possession of said property, because I lawfully possessed said property at the time of seizure and I lawfully own an interest in same.

**DATED this the 22nd day of December, 2005.**

_Enriqu Alcaraz_
Enriqu Alcaraz-Barajas

STATE OF ALABAMA                    )

MONTGOMERY COUNTY              )

Before me the undersigned authority, a Notary Public for the State at Large, personally appeared **Enriqu Alcaraz-Barajas**, who is known to me and who by me first duly sworn, deposes and says that the above statements are true and correct to the best of his knowledge and belief, and that he makes the above statements subject to the penalty of perjury.

SWORN to and SUBSCRIBED before me this the 22nd day of December, 2005.

_Enriqu Alcaraz_
Enriqu Alcaraz-Barajas

_Heather Snidey_
Notary Public

My commission expires on 01-30-07



United States Attorney's Office
MIDDLE DISTRICT OF ALABAMA
Attn: Chief of Civil Division
One Court Square, Suite 201
Montgomery, AL 36104

Asset I.D. 05-DEA-456576 (KL)



**U. S. Department of Justice**
Drug Enforcement Administration
Office of Operations Management

*www.dea.gov*

**JAN 1 8 2006**

Enrique Alcaraz-Barajas
c/o Bruce Maddox, Esq.
6728 Taylor Court
Montgomery. AL 36117

| ASSET ID NUMBER | CASE NUMBER | PROPERTY DESCRIPTION |
|---|---|---|
| 05-DEA-456576 | KI-05-0058 | $543,190.00 U.S. Currency |
| **JUDICIAL DISTRICT:** | Middle District of Alabama | |

Dear Mr. Alcaraz-Barajas:

The Drug Enforcement Administration (DEA) has received your claim and/or petition regarding the above-referenced asset. The following information is provided:

**XX**    Your claim has been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

_____    Your claim and petition have been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

_____    Your petition, which was previously acknowledged, is now being handled by the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

_____    Your claim for the above referenced property is being **returned** because it was received **in this office** after the last date to file, which was _____.

**EXHIBIT**

21

-2-

_____ Petitions for Remission and/or Mitigation of forfeiture may be filed until the date the property is disposed of according to law. Since you submitted a petition along with your claim, this office will administratively rule on your petition. It is anticipated that this process will take a minimum of **120 days** before a decision can be rendered on the merits of the petition. Please be assured that all petitions are handled on a **"first-in, first-out"** basis.

_____ Although you did **not** file a Petition for Remission and/or Mitigation along with your claim, as a matter of discretion, we will allow you **twenty (20) days** from the date of receipt of this letter to file a petition for an administrative ruling by this office before the property is disposed of according to law. Please note that your petition must be sworn to under penalty of perjury. For your ready reference, the acceptable language required by statute is as follows:

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date) (Signature)".

Please ensure that **all documents and correspondence regarding this matter reference the DEA asset identifier and case numbers noted above** and, unless otherwise directed, be addressed to the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQ's Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to the Asset Forfeiture Section, OMA, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301.

Sincerely,

Asset Forfeiture Section
Office of Operations Management

**CLAIM.ACKNOWLEDGE.LETTER (SEPT. 04)**          BY: NAM AD CODE #: 846