```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
|     PLAINTIFF, | : |
| | : |
|     v. | : CIVIL ACTION NO. 2:06cv116-MEF |
| | : |
| FIVE HUNDRED FORTY-THREE | : |
| THOUSAND ONE HUNDRED NINETY | : |
| DOLLARS ($543,190.00) | : |
| IN UNITED STATES CURRENCY, | : |
| | : |
|     DEFENDANT. | : |

## MOTION TO SUBSTITUTE

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby states as follows:

    1.  On August 14, 2007, the United States filed its Second Motion for Summary Judgment. A Brief and Memorandum in Support of the Motion was filed simultaneously with three exhibits.

    2.  Exhibit "A" is a Declaration of John Hieronymus. Page 6 of the Exhibit did not scan sufficiently to reflect Mr. Hieronymus's signature. The United States moves to substitute the attached signature page to Exhibit A.

Respectfully submitted this 14th day of August, 2007.

```
                         FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY




                         /s/ John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Bar Number: 7068-II58J
                         Office of the United States Attorney
                         Middle District of Alabama
                         131 Clayton Street
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Bruce Maddox.**

```
                         /s/ John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
```