I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 11th day of July 2007.

John Hieronymus
Forfeiture Counsel
Asset Forfeiture Section (OML)
Drug Enforcement Administration
HQs Forfeiture Response
P. O. Box 1475
Quantico, VA  22134-1475

Attachments:   Exhibits 1-21