IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-116-MEF |
| FIVE HUNDRED FORTY-THREE | ) | |
| THOUSAND ONE HUNDRED NINETY | ) | |
| DOLLARS ($543,190.00) IN UNITED | ) | |
| STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the government's Second Motion for Summary Judgment (Doc. #53) filed on August 14, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on September 5, 2007.

It is further ORDERED that the claimant file a response which shall include a brief and any evidentiary materials on or before August 29, 2007. The government may file a reply brief on or before September 5, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 16th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE