IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-116-MEF |
| FIVE HUNDRED FORTY-THREE ) | |
| THOUSAND ONE HUNDRED NINETY ) | |
| DOLLARS ($543,190.00) IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the government's Motion to Substitute (Doc. #55) filed on August 14, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE