IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>FIVE HUNDRED FORTY-THREE )<br>THOUSAND ONE HUNDRED NINETY )<br>DOLLARS ($543,190.00) IN UNITED )<br>STATES CURRENCY, )<br>)<br>Defendant. ) | CASE NO. 2:06-cv-116-MEF |

## **O R D E R**

Upon consideration of the claimant's Motion for Extension of Time (Doc. #58) filed on September 4, 2007, it is hereby

ORDERED that the motion is GRANTED to and including September 18, 2007. The government may file a reply brief on or before September 25, 2007.

DONE this the 5th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE