IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| PLAINTIFF, : | |
| : | |
| v. : | CIVIL ACTION NO. 2:06cv116-MEF |
| : | |
| FIVE HUNDRED FORTY-THREE : | |
| THOUSAND ONE HUNDRED NINETY : | |
| DOLLARS ($543,190.00) : | |
| IN UNITED STATES CURRENCY, : | |
| : | |
| DEFENDANT. : | |

UNITED STATES OF AMERICA'S MOTION FOR TIME TO FILE RESPONSE

The United States of America (United States), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, hereby requests ten (10) days to respond to Claimant's Motion to Strike Government's Second Motion for Summary Judgment.

Respectfully submitted this 19th day of September, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/ John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Maddox.

/s/ John T. Harmon
John T. Harmon
Assistant United States Attorney