IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-116-MEF |
| FIVE HUNDRED FORTY-THREE ) | |
| THOUSAND ONE HUNDRED NINETY ) | |
| DOLLARS ($543,190.00) IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the claimant's Motion to Strike (Doc. #61) filed on September 18, 2007, it is hereby

ORDERED that the government show cause in writing on or before October 2, 2007 as to why the motion should not be granted.

DONE this 21st day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE