IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-cv-116-MEF |
| FIVE HUNDRED FORTY-THREE THOUSAND ONE HUNDRED NINETY DOLLARS ($543,190.00) IN UNITED STATES CURRENCY, | ) ) ) ) ) |
| Defendant. | ) ) |

## **O R D E R**

Upon consideration of the government's Motion for Time to File Response (Doc. #62) filed on September 18, 2007, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. Government shall file its reply on or before **October 2, 2007**.

DONE this 21st day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE