IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-116-MEF |
| ) | |
| FIVE HUNDRED FORTY-THREE ) | |
| THOUSAND ONE HUNDRED NINETY ) | |
| DOLLARS ($543,190.00) ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff's *Motion for a Protective Order* (Doc. 66, filed September 26, 2007). For good cause, it is **ORDERED** that the Motion is **DENIED**.

DONE this 27th day of September, 2007.

     /s/Terry F. Moorer
     TERRY F. MOORER
     UNITED STATES MAGISTRATE JUDGE