```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
          PLAINTIFF,          )
                             )
     v.                      )   CIVIL ACTION NO. 2:06cv116-MEF
                             )
FIVE HUNDRED FORTY-THREE     )
THOUSAND ONE HUNDRED NINETY  )
DOLLARS ($543,190.00)        )
IN UNITED STATES CURRENCY,   )
                             )
          DEFENDANT.          )
```

SECOND NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, states as follows:

The parties have conferred regarding settlement. Settlement was not achieved at this time. Pending or soon to be pending motions will have a great effect upon the case. Upon resolution of these motions, parties will continue to negotiate. Mediation would not assist the parties in reaching settlement.

Respectfully submitted this 25th day of October, 2007.

         FOR THE UNITED STATES ATTORNEY
           LEURA G. CANARY


        /s/John T. Harmon
        John T. Harmon
        Assistant United States Attorney
        Office of the United States Attorney
        Middle District of Alabama
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        Telephone:(334) 223-7280

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing Notice Concerning Settlement Conference and Mediation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Maddox.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney