IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   CASE NO. 2:06-CV-00116-MEF |
| FIVE HUNDRED FORTY-THREE THOUSAND ONE HUNDRED NINETY DOLLARS ($543,190.00 in United States Currency | * |
| Defendant. | * |
| and | * |
| ENRIQUE ALCARAZ-BARAJAS, | * |
| Claimant. | * |

## EVIDENTIARY SUBMISSIONS IN SUPPORT OF CLAIMANT'S SECOND MOTION FOR SUMMARY JUDGMENT AND CLAIMANT'S MOTIONS TO SUPPRESS

Comes now the Claimant Enrique Alcaraz-Barajas, by and through the undersigned attorney, and files the following evidentiary submissions in support of Claimant's second motion for summary judgment and Claimant's Motions to Suppress:

1. Affidavit of Enrique Alcaraz-Barajas (attached as Exhibit A);
2. Affidavit of Esther Sandoval (attached as Exhibit B); and
3. Deposition of Andy Sutley (attached as Exhibit C).

Respectfully submitted this the 9th day of November, 2007.

_____
Bruce Maddox (MAD013)
Attorney for Enrique Alcaraz-Barajas
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333

Fax: (334) 260-9600
retrocam@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all appropriate parties by personal service or by U.S. Mail, properly addressed and postage prepaid on this the 9th day of November, 2007.

_____
Of Counsel