

**EXHIBIT**

A

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:06-CV-00116-MEF |
| | * | |
| FIVE HUNDRED FORTY-THREE | * | |
| THOUSAND ONE HUNDRED NINETY | * | |
| DOLLARS ($543,190.00 in United States | * | |
| Currency | * | |
| Defendant. | * | |
| and | * | |
| | * | |
| ENRIQUE ALCARAZ-BARAJAS, | * | |
| | * | |
| Claimant. | * | |

STATE OF CALIFORNIA                    )

_____Orange_____ COUNTY          )

## <u>AFFIDAVIT OF ENRIQUE ALCARAZ-BARAJAS</u>

Before me, the undersigned, a Notary Public in and for the State of California, personally appeared Enrique Alcaraz-Barajas, who is known to me and who being by me first duly sworn, on oath deposes and says as follows:

My name is Enrique Alcaraz-Barajas and I am the claimant in the matter of the money in the above-styled action. I make this affidavit for the purpose of describing the events surrounding the stop of the automobile in which I was riding on August 29, 2005, by a state trooper in the State of Alabama, and to explain my claim to the money seized

from that automobile.

I was riding from Tampa, Florida, with my sister, Esther Sandoval, and Mario Martinez-Guillermo. Because of Hurricane Katrina, we were driving to Montgomery, Alabama, when a trooper drove behind us and turned on his blue light. My sister, Esther, was driving and she was violating no traffic laws. She pulled over to the side of the road and parked. This was done in a safe manner, even though the trooper was following very close behind us. The trooper came to our car and took Esther to his car. Esther's understanding of the English is poor. He later came to our car and told me to sign a paper that Esther had signed. I signed a document he gave me because he told me to and I did not believe that I could refuse. I was later told that it was a consent to search my luggage. He found money in the trunk that belonged to me. We had taken it from a bank in Florida, where I had earlier placed the money when I had intended to open a business in Tampa. The total of the money was more than $700,000.00. After he found the money, we were taken to a garage and then I was taken to an office and questioned. I told them that I had found the money and that I was a citizen. I was afraid to say that I had earned the money and that I was not a citizen. The money was, in fact, mine. I had lived in the United States for over thirty years and earned the money owning and operating hair businesses. I built and sold several such businesses. I did not put money in the bank because I was not a citizen and he feared that it might be taken if he was discovered.

I have seen the claim filed by my former attorney from my criminal case. He told me to sign it to get my money back. I signed it when he brought it to the jail but there was no notary public present. I did not read it. I assume he simply wrote what I had told the police when I was arrested. I did not authorize him to file in this forfeiture case. I only authorized my present attorney, Mr. Maddox, to file a claim for me.

Enrique Alcaraz-Barajas

**STATE OF CALIFORNIA** )

_Orange_ **COUNTY** )

    Before me the undersigned authority, a Notary Public, personally appeared

Enrique Alcaraz-Barajas, who is known to me and who by me first duly sworn, deposes

and says that the above statements are true and correct to the best of her knowledge and

belief.

 

                                                           Enrique Alcaraz-Barajas

SWORN to and SUBSCRIBED before me this the _7_$^{th}$ day of November, 2007.

                                                **NOTARY PUBLIC**

**ELSA M. GOMEZ**
COMMISSION #1602544
Notary Public - California
ORANGE COUNTY
My Commission Expires
AUGUST 25, 2009