**EXHIBIT B**



|  |  |
|---|---|
| COURT FOR | IN THE UNITED STATES DISTRICT |
| ALABAMA | THE MIDDLE DISTRICT OF |
|  | NORTHERN DIVISION |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 2:06-CV-00116-MEF |
| FIVE HUNDRED FORTY-THREE THOUSAND ONE HUNDRED NINETY DOLLARS ($543,190.00 in United States Currency | * | |
| Defendant. | * | |
| and | * | |
| ENRIQUE ALCARAZ-BARAJAS, | * | |
| Claimant. | * | |

**STATE OF CALIFORNIA** )

\_\_\_\_Orange\_\_\_\_ **COUNTY** )

**AFFIDAVIT OF ESTHER SANDOVAL**

Before me, the undersigned, a Notary Public in and for the State of California, personally appeared Esther Sandoval, who prove to me on the basis of satisfactory evidence and who being by me first duly sworn, on oath deposes and says as follows:

My name is Esther Sandoval and I am a resident of the State of California. I make this affidavit for the purpose of describing the events surrounding the stop of my automobile on August 29, 2005, by a state trooper in the State of Alabama.

I was driving from Tampa, Florida, with my brother, Enrique Alcaraz-Barajas, and

Mario Martinez-Guillermo. Because of Hurricane Katrina, we were driving to Montgomery, Alabama, when a trooper drove behind me and turned on his blue light. I was violating no traffic laws. I pulled over to the side of the road and parked. This was done in a safe manner, even though the trooper was following very close behind me. The trooper came to my car and got me out. I tried to answer questions for him but my English is poor. I just wanted to be allowed to leave. I signed a document he gave me because he told me to and I did not believe that I could refuse. I was later told that it was a consent to search my car. He found money in the trunk that belonged to my brother, Enrique. We had taken it from a bank in Florida. I helped Enrique count it. It was more than $700,000.00. After he found the money, we were taken to a garage. I saw bags of the money being put into two different cars.

    My brother Enrique is the owner of the money. I know that he earned it over many years in the United States by owning and operating hair businesses. He also has sold several such businesses. He did not put money in the bank because he was not a citizen and he feared that it might be taken if he was discovered.

    I am giving this affidavit before a notary public who is fluent in the Spanish language and who has made clear to me the contents of this writing.

*Esther Sandoval* (signature)
Esther Sandoval

**STATE OF CALIFORNIA** )
_Orange_ **COUNTY** )

    Before me the undersigned authority, a Notary Public, personally appeared Esther Sandoval, who proved to me on the basis of satisfactory evidence to be the person whos name is subscribed to the within instrument ans acknowlede to me that she executed the same and who by me first duly sworn, deposes and says that the above statements are

true and correct to the best of her knowledge and belief.

_____
Esther Sandoval

SWORN to and SUBSCRIBED before me this the ___7th___ day of November, 2007.

_____
**NOTARY PUBLIC**



ELSA M. GOMEZ
COMMISSION #1602544
Notary Public - California
ORANGE COUNTY
My Commission Expires
AUGUST 25, 2009