```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA,       :
                                :
          PLAINTIFF,             :
                                :
     v.                          :    CIVIL ACTION NO. 2:06cv116-MEF
                                :
FIVE HUNDRED FORTY-THREE         :
THOUSAND ONE HUNDRED NINETY      :
DOLLARS ($543,190.00)            :
IN UNITED STATES CURRENCY,       :
                                :
          DEFENDANT.             :
```

UNITED STATES OF AMERICA'S MOTION FOR EXTENSION

The United States of America (United States), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, hereby states as follows:

1. This Court's order of June 11, 2007, requires completion of all discovery by December 21, 2007. This Order also requires the parties to file exhibit lists, witness lists and deposition designations no later than December 27, 2007.

2. An evidentiary hearing on whether Alcaraz-Barajas has Article III standing to assert a claim in this case is scheduled for January 29, 2008.

3. The United States requests these deadlines be reset after until the issue of Article II standing is resolved.

Respectfully submitted this 20th day of December, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/ John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Maddox.

/s/ John T. Harmon
John T. Harmon
Assistant United States Attorney