```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|         **v.** ) | CIVIL ACTION NO.2:06cv116-MEF |
| ) | |
| **FIVE HUNDRED FORTY-THREE** ) | |
| **THOUSAND ONE HUNDRED NINETY** ) | |
| **DOLLARS ($543,190.00)** ) | |
| **IN UNITED STATES CURRENCY,** ) | |
| ) | |
|     **Defendant.** ) | |

**MOTION FOR DECREE OF FORFEITURE**

Pursuant to the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the United States of America (United States) respectfully moves this Court for entry of a Decree of Forfeiture. This Motion is supported by the previously filed Verified Complaint for Forfeiture <u>In Rem</u>, Warrant and Summons for Arrest <u>In Rem</u>, and Memorandum Opinion and Order dated February 25, 2008, dismissing the claim of Enrique Alcaraz-Barajas for lack of credible evidence to establish Article III standing.

    A proposed Decree of Forfeiture is submitted herewith.

    Respectfully submitted this the 14th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Maddox.

Respectfully submitted,


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney