**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 2:06cv116-MEF |
| ) | |
| **FIVE HUNDRED FORTY-THREE** ) | |
| **THOUSAND ONE HUNDRED NINETY** ) | (WO - Do Not Publish) |
| **DOLLARS ($543,190.00)** ) | |
| **IN UNITED STATES CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |

## FINAL JUDGMENT

In accordance with the Decree of Forfeiture entered this date and all prior proceedings and orders in this matter, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) Judgment is ENTERED in favor of Plaintiff the United States of America.

(2) Each party is to bear his or its own costs.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 20th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE