IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
CASE NO. 2:06-CV-00116-MEF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | NOTICE OF APPEAL |
| | * | |
| FIVE HUNDRED FORTY-THREE THOUSAND ONE HUNDRED NINETY DOLLARS ($543,190.00 in United States Currency | * * * * | |
| Defendant. | * | |
| and | * | |
| | * | |
| ENRIQUE ALCARAZ-BARAJAS, | * | |
| | * | |
| Claimant. | * | |

## CLAIMANT'S NOTICE OF APPEAL

Notice is hereby given that Enrique Alcaraz-Barajas, claimant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Memorandum Opinion and Order entered in this action on the 25th day of February, 2008 and the Final Judgment entered on the 20th day of March, 2008.

        s/Bruce Maddox
        Bruce Maddox (MAD013)
        Attorney for Enrique Alcaraz-Barajas
        6728 Taylor Court
        Montgomery, Alabama 36117
        Phone: (334) 244-7333
        Fax: (334) 260-9600
        retrocam@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2008, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

                                                                         s/Bruce Maddox  
                                                                         Of Counsel