Debra P. Hackett
 Clerk, U.S. District Court
 15 LEE ST STE 206
 MONTGOMERY AL 36104-4055

May 14, 2008

**Appeal Number: 08-12198-D**
Case Style: USA v. $543,190.00 in U.S. Currency
District Court Number: 06-00116 CV-2-MEF-TFM

TO:   Bruce Maddox

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Tommie Brown Hardwick

CC:   John T. Harmon

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 14, 2008

Bruce Maddox
The Law Offices of Bruce Maddox
6728 TAYLOR CT
MONTGOMERY AL 36117-7721

**Appeal Number: 08-12198-D**
Case Style: USA v. $543,190.00 in U.S. Currency
District Court Number: 06-00116 CV-2-MEF-TFM

We have received a copy of the order of the district court which does not allow this appeal to proceed in forma pauperis. Rule 24(a) of the Federal Rules of Appellate Procedure provides in part:

> A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice prescribed in Rule24 (a)(4). The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule24 (a)(1).

You may within thirty (30) days from this date either pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed). See 11th Cir. R. 24-2.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

Encl.

DKT-6A (04-2007)