Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

June 25, 2008

**Appeal Number: 08-12198-D**
Case Style: USA v. $543,190.00 in U.S. Currency
District Court Number: 06-00116 CV-2-MEF-TFM

TO:   Bruce Maddox

CC:   Tommie Brown Hardwick

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 25, 2008

Bruce Maddox
The Law Offices of Bruce Maddox
6728 TAYLOR CT
MONTGOMERY AL 36117-7721

**Appeal Number: 08-12198-D**
Case Style: USA v. $543,190.00 in U.S. Currency
District Court Number: 06-00116 CV-2-MEF-TFM

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, **this appeal will be dismissed by the clerk without further notice** unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455), with notice to this office, or move in this court for leave to proceed on appeal as a pauper (form enclosed).

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

c: District Court Clerk

DIS-1 (02-2008)