Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

September 10, 2008

**Appeal Number: 08-12198-D**
Case Style: USA v. $543,190.00 in U.S. Currency
District Court Number:  06-00116 CV-2-MEF-TFM ()

CC:   Tommie Brown Hardwick

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   John T. Harmon

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 10, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-12198-D**
Case Style: USA v. $543,190.00 in U.S. Currency
District Court Number: 06-00116 CV-2-MEF-TFM ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook /scw (404)335-6183

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-12198-D

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 1 0 2008

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

FIVE HUNDRED FORTY-THREE THOUSAND
ONE HUNDRED NINETY DOLLARS,
($543,190) in United States Currency,

                                    Defendant,

ENRIQUE ALCARAZ-BARAJAS,

                                    Claimant-Appellant.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

                                    /s/ Susan H. Black
                               UNITED STATES CIRCUIT JUDGE